# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VIDEOSHARE, LLC,<br><br>        Plaintiff,<br>v.<br><br>GOOGLE LLC and<br>YOUTUBE, LLC,<br><br>        Defendants. | CIVIL ACTION NO. 6:19-CV-00663-ADA<br><br>JURY TRIAL DEMANDED |

## AGREED POST-MARKMAN SCHEDULING ORDER

| Date | Item |
|---|---|
| 12/26/2020 | Deadline to add parties. |
| 1/29/2021 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 2/19/2021 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| 6/11/2021 | Close of Fact Discovery. |
| 6/18/2021 | Opening Expert Reports. |
| 7/16/2021 | Rebuttal Expert Reports. |
| 8/6/2021 | Close of Expert Discovery. |
| 8/13/2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 8/20/2021 | Dispositive motion deadline and *Daubert* motion deadline. |

| Date | Item |
|------|------|
| 9/3/2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 9/17/2021 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 9/24/2021 | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| 10/1/2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| 10/8/2021 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 10/19/2021 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 10/22/2021 | Final Pretrial Conference. |
| 11/08/2021 | Jury Selection/Trial. |

SIGNED this  3rd  day of   December  , 2020.

ALAN D ALBRIGHT  
UNITED STATES DISTRICT JUDGE