# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VIDEOSHARE, LLC | § |
| | §   CIVIL NO: |
| vs. | §   WA:19-CV-00663-ADA |
| | § |
| GOOGLE LLC, YOUTUBE, LLC | § |

## ORDER SETTING FINAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **FINAL PRETRIAL CONFERENCE** by Zoom on **Thursday, September 30, 2021 at 09:00 AM**.

IT IS SO ORDERED this 13th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE