# EXHIBIT 1.1

CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P001 | 7/23/2019 | U.S. Patent No. 10,362,341 [Certified Copy to be Introduced] | GOOG-VS-PA-00011803 - GOOG-VS-PA-00011840 | |
| P002 | 6/9/2017 | File History 16/254,700 [Certified Copy to be Introduced] | VS0000001 - VS0000222 | |
| P003 | 9/30/2000 | Provisional Patent Application No. 60/147,029 | VS0000223 - VS0000270 | |
| P004 | 8/3/2000 | File History 09/631,583 | VS0035314 - VS0036417 | |
| P005 | 4/8/2016 | File History 15/618,304 | GOOG-VS-PA-00002557 - GOOG-VS-PA-00011736 | |
| P006 | 5/1/2019 | Patent Assignment Cover Sheet for 16/254,700 | VS0000439 - VS0000449 | |
| P007 | 5/1/2019 | Patent Assignment Cover Sheet for 16/254,700 | VS0046785 - VS0046789 | |
| P008 | 10/25/2006 | Assignment signed by Liwerant; attached are two letters confirming VS authorized Liwerant to retain patent rights of the company | VS0000502 - VS0000506 | 802 |
| P009 | 9/8/2011 | Confirmatory Assignment | VS0000521 - VS0000524 | |
| P010 | 1/21/2021 | TX Certificate of Conversion | VS0046790 - VS0046790 | |
| P011 | 2/21/2021 | DE Certificate of Conversion | VS0046802 - VS0046802 | |
| P012 | 1/29/2021 | Certificate of Formation of VideoShare, LLC | VS0046807 - VS0046825 | |
| P013 | 1/27/2012 | Certificate of Formation of VideoShare, LLC | VS0037198 - VS0037199 | |
| P014 | 2/8/2012 | Certificate of Authorized Person (VideoShare, LLC) | VS0037189 - VS0037197 | |
| P015 | 4/18/2002 | Unanimous Consent of the Board of Directors in Lieu of Special Meeting of Board of Directors | VS0000535 - VS0000538 | |
| P016 | 12/14/2001 | Unanimous Consent of the Board of Directors in Lieu of Special Meeting of Board of Directors | VS0000485 - VS0000494 | |
| P017 | 12/27/2001 | Asset Sale Consent | VS0000526 - VS0000527 | |
| P018 | 11/10/1999 | AllCam Communications Written Consent in lieu of Special Meeting of the Board of Directors | VS0036750 - VS0036757 | |
| P019 | 7/9/1999 | Secretary of State Certificate of Amendment of AllCam Communications | VS0037057 - VS0037059 | |

CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P020 | 6/21/1905 | VideoShare Business Plan | VS0007054 - VS0007082 | |
| P021 | 11/12/1999 | Secretary of State Certificate changing name from AllCam Communications to VideoShare, Inc. | VS0036733 - VS0036749 | |
| P022 | 12/9/2005 | List of Patents "Exhibit A" | VS0037164 - VS0037166 | |
| P023 | 11/8/2000 | Release Schedule | VGB000798 - VGB000798 | |
| P024 | N/A | VideoShare Business Plan | VS0006662 - VS0006698 | |
| P025 | N/A | Disclosure Schedule to Series B Preferred Stock Purchase Agreement | VS0036918 - VS0036938 | |
| P026 | 12/9/2000 | VideoShare - home archive website | Boissiere Ex. 10 | 802, 106, 901 |
| P027 | 11/9/2000 | VideoShare - home archive website | Boissiere Ex. 11 | 802, 106, 901 |
| P028 | 2/8/2001 | VideoShare - Media Center | Boissiere Ex. 9 | 802, 106, 901 |
| P029 | 5/18/2000 | Email Liwerant to Boissiere re Important feature | VS0000471 - VS0000471 | |
| P030 | 10/30/2007 | Declaration Under 37 C.F.R. Sec. 1.132 | VS0000509 - VS0000520 | 802 |
| P031 | N/A | Scotty Integration Guide | GOOG-VS-00000813 - GOOG-VS-00000818 | |
| P032 | 3/29/2001 | Email Samuels to Valente re HTML Upload Beta Test Document for Lycos | VGB007476 - VGB007479 | |
| P033 | 3/27/2019 | Uploads InnerTube Services | GOOG-VS-00000598 - GOOG-VS-00000601 | |
| P034 | 6/24/2021 | Supported YouTube file formats | Cook Ex. 56 | |
| P035 | 12/3/2019 | Life of a YouTube upload | GOOG-VS-00000356 - GOOG-VS-00000378 | |
| P036 | 7/24/2001 | Email Tisa to Boissiere, Dodge re Vortex vs. Dropbox | VGB007927 - VGB007927 | |
| P037 | 4/23/2021 | Plf's Ntc of Deposition to Google and YouTube | Plaintiff's Deposition Ex. 1 | IUD, 401/402, 403, MIL, NJ |
| P038 | 10/18/2001 | Email Berkman to Liwerant re final MSFT response document | VGB008171 - VGB008177 | |
| P039 | 9/1/1997 | Chris Dodge's Masters Thesis | Dodge Ex. 2 | 802, 701, 401/402, 403, |

CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | | | 104a |
| P040 | 10/1/2001 | Internet/Intranet Video: Enterprise Solutions | VGB008182 - VGB008198 | |
| P041 | 6/27/1905 | Chris Dodge's Resume | VS0004954 - VS0004957 | 802, 401/402, 403 |
| P042 | N/A | Chris Dodge's LinkedIn Profile | VCD000238 - VCD000241 | 802, 401/402, 403 |
| P043 | N/A | Product Priorities | VGB000977 - VGB000978 | |
| P044 | 5/17/2011 | Email Liwerant to Dodge re Phone msg | VCD000077 - VCD000078 | |
| P045 | N/A | Boissiere Resume | VGB008328 - VGB008330 | 802, 401/402, 403 |
| P046 | 9/13/2011 | Email Liwerant to Dodge re Dissolution of VideoShare | VCD000146 - VCD000150 | |
| P047 | 12/8/1999 | Presentation on sharing videos | VS0000282 - VS0000287 | |
| P048 | 6/11/2020 | Streaming System Overview | GOOG-VS-00001226 - GOOG-VS-00001229 | |
| P049 | 10/21/2019 | Life of a Video Request | GOOG-VS-00001202 - GOOG-VS-00001203 | |
| P050 | 1/19/2001 | Email Dodge to Boissiere re Buffering time | VS0000474 - VS0000474 | |
| P051 | N/A | Boissiere LinkedIn Profile | VGB008359 - VGB008362 | 802, 401/402, 403 |
| P052 | 5/10/2018 | Introduction to Transcoder Infrastructure | GOOG-VS-00000796 - GOOG-VS-00000797 | |
| P053 | 8/2/2000 | Email LaPointe to Boissiere, Dodge re Speed Detection | VS0000472 - VS0000473 | |
| P054 | N/A | The Core Transcoder Stack | GOOG-VS-00039097 - GOOG-VS-00039103 | |
| P055 | 8/18/2000 | VideoShare - home archive website | Boissiere Ex. 8 | 802, 106, 901 |
| P056 | N/A | Upload a video to get started | Foucu Ex. 6 | 901, M |
| P057 | 5/12/2020 | Life of a YouTube Ad Dollar | GOOG-VS-00000943 - GOOG-VS-00000953 | |

3

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P058 | 6/3/2019 | Life of a Video Watch | GOOG-VS-00000339 - GOOG-VS-00000346 | |
| P059 | N/A | YouTube Help - YouTube advertising formats | GOOG-VS-00034471 - GOOG-VS-00034472 | |
| P060 | N/A | YouTube Content ID API: Content Identification and Licensing | GOOG-VS-00000731 - GOOG-VS-00000733 | |
| P061 | 9/28/2018 | Response Under 37 C.F.R. 1.114 | VS0029368 - VS0029375 | 106, M, 802, 602, PO, MIL |
| P062 | 8/3/2016 | AO 120 from 1:13-cv-00990 in Delaware | Godici Ex. 77 | 106 |
| P063 | 8/24/2001 | Email Low to Boissiere re Dropbox server meeting results | VGB008089 - VGB008090 | |
| P064 | N/A | Release Schedule | VGB002340 - VGB002340 | |
| P065 | 3/16/2016 | Defendants' 2nd Supplemental Invalidity Contentions | VS0006554 - VS0006603 | IUD, 104a, 401/402, 403, 702 |
| P066 | 8/15/2021 | 2190 Prosecution Laches and Res Judicata | Gonsalves Ex. 10 | 104a, 401/402, 403, 701, 802, 901 |
| P067 | 5/4/2020 | Order Denying Defendants' Mtn to Dismiss [Dkt. 30] | Gonsalves Ex. 8 | 401/402, 403, MIL, NJ |
| P068 | N/A | AllCam - Executive Summary | VGB000022 - VGB000056 | 104a, 602, 802, 401/402, 403 |
| P069 | 8/4/2004 | Email Liwerant to Johnson re VideoShare US Patent Application Nos. 09/631,918 and 09/497,587 | VS0007142 - VS0007143 | |
| P070 | 5/3/2021 | Dfts' Ntc of 30(b)(6) Deposition | Liwerant Ex. 1 | IUD, 401/402, 403, MIL, NJ |
| P071 | N/A | Liwerant LinkedIn Profile | Liwerant Ex. 2 | 802, 401/402, 403 |
| P072 | N/A | The VideoShare Producer 2.0 Software Architecture | VGB000499 - VGB000501 | |

CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P073 | 8/4/2004 | Email Liwerant to Bramson re Available patents for video instant messaging | VS0000479 - VS0000481 | |
| P074 | 10/16/2006 | Ltr Nortrup to Hurley re Video Distribution Patent Rights | VS0007171 - VS0007172 | 401/402, 403, ML |
| P075 | 5/28/2008 | Email Liwerant to Brand re note - keynote | GOOG-VS-00039818 - GOOG-VS-00039828 | 401/402, 403, ML, 802 |
| P076 | 11/4/2009 | Email Brand to Liwerant re meeting in Israel | GOOG-VS-00039830 - GOOG-VS-00039830 | 401/402, 403, ML, 802 |
| P077 | 8/4/2015 | Non-Exclusive Patent License and Settlement Agreement between VideoShare and Viddler | VS0002353 - VS0002358 | |
| P078 | 3/29/2016 | Non-Exclusive Patent License and Settlement Agreement between VideoShare and Vimeo | VS0008431 - VS0008469 | |
| P079 | 5/3/2021 | Defendants' Notice of Deposition to Liwerant | Liwerant Ex. 40 | IUD, 401/402, 403, MIL, NJ |
| P080 | 1/1/2000 | VideoShare News Clips 2000-2001 | VS0048543 - VS0048543 | M, 802 |
| P081 | 10/16/2006 | Ltr Nortrup to Schmidt re Video Distribution Patent Rights | VS0007169 - VS0007170 | 401/402, 403, ML |
| P082 | 2/7/2007 | Email Brand to Liwerant re meeting in Israel | GOOG-VS-00039832 - GOOG-VS-00039832 | 401/402, 403, ML, 802 |
| P083 | 9/18/2008 | Email Liwerant to Brand re note, question | GOOG-VS-00039829 - GOOG-VS-00039829 | 401/402, 403, ML, 802 |
| P084 | 11/1/2019 | Ltr Liwerant to Walker, Norwood re '341 patent | GOOG-VS-00002245 - GOOG-VS-00002247 | |
| P085 | N/A | Your Video on the Web - Installation and User's Guide | MIRACLE0000023 - MIRACLE0000132 | |
| P086 | 12/14/2018 | Patent License Agreement between Google and Speedbit | GOOG-VS-00039438 - GOOG-VS-00039451 | |
| P087 | 3/17/2017 | Settlement and License Agreement between Google and HBAC Matchmaker Media, Inc. | GOOG-VS-00039404 - GOOG-VS-00039420 | |

5

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P088 | 8/4/2015 | Patent License Agreement between Google and Prime Research Alliance E | GOOG-VS-00039421 - GOOG-VS-00039437 | |
| P089 | 3/6/2013 | VP8 Patent License Agreement between Google and MPEG LA | GOOG-VS-00039592 - GOOG-VS-00039624 | |
| P090 | 8/1/2012 | Patent License Agreement between Google and Jericho Systems Corp | GOOG-VS-00039477 - GOOG-VS-00039486 | |
| P091 | 6/16/2010 | Settlement Agreement between Google and Ultramercial | GOOG-VS-00039625 - GOOG-VS-00039634 | |
| P092 | 4/21/2010 | MPEG-2 Patent Portfolio License | GOOG-VS-00039487 - GOOG-VS-00039551 | |
| P093 | 1/31/2006 | Agreement Among Forgent, Compression Labs and Google | GOOG-VS-00039452 - GOOG-VS-00039476 | |
| P094 | 1/24/2005 | MPEG-4 Visual Patent Portfolio License | GOOG-VS-00039552 - GOOG-VS-00039591 | |
| P095 | 11/27/2006 | Email Brand to Liwerant re meeting in Israel | GOOG-VS-00039833 - GOOG-VS-00039834 | 401/402, 403, ML, 802 |
| P096 | 3/29/1999 | Zelman Moses Business Plan | NORLIN0000252 - NORLIN0000281 | |
| P097 | 11/22/1999 | ShareYourWorld Business Plan | NORLIN0002129 - NORLIN0002197 | |
| P098 | N/A | An Introduction to ShareYourWorld Presentation | NORLIN0001729 - NORLIN0001744 | |
| P099 | N/A | ShareYourWorld: FAQ | Norlin Ex. 35 | |
| P100 | 11/13/2020 | Claim Construction Order [Dkt 69] | Sarhan Ex. 4 | 401/402, 403, MIL, NJ, C |
| P101 | 1/29/2021 | Plaintiff's Infringement Contentions | Sarhan Ex. 5 | IUD, 401/402, 403, MIL, NJ |
| P102 | 8/16/2016 | Email Fessak to Wieland, Bower re CBM2016-00074-Filing at USPTO | Buchanan0001979 - Buchanan0001979 | 401/402, 403, MIL |
| P103 | 8/16/2016 | CBM2016-00074 - Mtn to Dismiss by Google | Buchanan0001980 - Buchanan0001990 | 401/402, 403, MIL |

CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P104 | 8/2/2016 | 101 Memorandum | Buchanan0001995 - Buchanan0002014 | |
| P105 | 3/12/2018 | Email Benke to Miller re VS (with redactions) | Buchanan0001977 - Buchanan0001977 | 802, 106, 403 |
| P106 | 3/12/2018 | Email Benke to Miller re VS (with redactions) | Buchanan0001978 - Buchanan0001978 | 802, 106, 403 |
| P107 | 3/12/2018 | Email Benke to Miller re VS (with redactions) | Buchanan0002051 - Buchanan0002051 | 802, 106, 403 |
| P108 | 3/12/2018 | Email Benke to Miller re VS (with redactions) | Buchanan0002052 - Buchanan0002052 | 802, 106, 403 |
| P109 | 12/31/2020 | Form 10-K for Alphabet Inc. | VS0048443 - VS0048542 | 401/402, 403, MIL |
| P110 | 7/11/1905 | YouTube Music & Premium Revenue | GOOG-VS-00039816 - GOOG-VS-00039817 | |
| P111 | 2/1/2020 | US specific Revenue from Ads | GOOG-VS-00039838 - GOOG-VS-00039838 | |
| P112 | 2/17/2020 | Spreadsheet re DAV, WAV, MAV | GOOG-VS-00039839 - GOOG-VS-00039847 | |
| P113 | 4/26/2020 | Spreadsheet re Member Balance (US Only) | GOOG-VS-00039848 - GOOG-VS-00039857 | |
| P114 | 2/1/2020 | Core Business Revenue | GOOG-VS-00001171 - GOOG-VS-00001171 | 401/402, 403, MIL, ML |
| P115 | 2/1/2020 | Core Business Revenue | GOOG-VS-00039835 - GOOG-VS-00039836 | |
| P116 | 2/1/2020 | Revenue from Ads broken down by Ads | GOOG-VS-00039837 - GOOG-VS-00039837 | |
| P117 | 6/22/1905 | Fortune Technology Guide, E-Commerce Productivity Tools | VGB003855 - VGB003855 | 802, 901 |
| P118 | 12/15/1999 | Email Dodge to Harrison re Running MMS protocol on | VS0000291 - VS0000295 | |

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | port 80 | | |
| P119 | 1/10/2000 | VideoShare Launches New Website | VS0000288 - VS0000288 | 802, 401/402, 403 |
| P120 | 3/8/2000 | Internet News.com - VideoShare.com adds video to all web-based communications | VS0000281 - VS0000281 | 104a, 802, 901, 401/402, 403, FRCP 26 |
| P121 | 4/28/2000 | Davis - MIT Media Lab engineers ramp up VideoShare, Localbusiness.com | VGB003836 - VGB003837 | 104a, 802, 901, 401/402, 403, 703 |
| P122 | 6/28/2000 | Minutes of the Meeting of Lycos and VideoShare - Watertown, MA | VGB000552 - VGB000554 | |
| P123 | 7/27/2000 | Weider - New 'net service chimes 'you've got video'- not mail, Boston Business Journal | VGB003818 - VGB003819 | 104a, 802, 901, 401/402, 403, 703 |
| P124 | 9/6/2000 | Lycos Launches Lycos VideoCenter | VS0000300 - VS0000301 | 104a, 802, 901, 401/402, 403, 703 |
| P125 | 9/6/2000 | Crouch - Broadcast Your Videos on Lycos | VGB003879 - VGB003880 | 104a, 802, 901, 401/402, 403, 703 |
| P126 | 9/6/2000 | Lycos Launches VideoCenter Web-Based Editing | VGB003845 - VGB003847 | 104a, 802, 901, 401/402, 403, 703 |
| P127 | 9/18/2000 | VideoShare Powers Internet's Premier Relationship Community with Personalized Video Communications | VS0000306 - VS0000306 | 104a, 802, 901, 401/402, 403, 703 |
| P128 | 9/25/2000 | Kieskowski - VideoShare Secures $15 million in financing | VGB003908 - VGB003909 | 104a, 802, 901, 401/402, 403, 703 |
| P129 | 10/9/2000 | Excite@Home Expands Video Broadband Applications with my Videos | VS0000298 - VS0000299 | 104a, 802, 901, 401/402, |

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | | | 403, 703 |
| P130 | 10/9/2000 | Excite@Home Expands Video Broadband Applications with my Videos | VGB003923 - VGB003925 | 104a, 802, 901, 401/402, 403, 703 |
| P131 | 10/9/2000 | Excite@Home Expands Video Broadband Applications with my Videos | VGB003936 - VGB003939 | 104a, 802, 901, 401/402, 403, 703 |
| P132 | 10/30/2000 | VideoShare Provides Intel PC Camera Owners with Streaming Video Application | VS0000307 - VS0000310 | 104a, 802, 901, 401/402, 403, 703 |
| P133 | 10/30/2000 | Townley - VideoShare in Intel PC Camera Package | VGB003868 - VGB003869 | 104a, 802, 901, 401/402, 403, 703 |
| P134 | 10/30/2000 | VideoShare Provides Intel PC Camera Owners with Streaming Video Application | VGB003926 - VGB003927 | 104a, 802, 901, 401/402, 403, 703 |
| P135 | 11/6/2000 | Ojeda-Zapata - Comparing Cutting Edge Products | VGB003895 - VGB003896 | 104a, 802, 901, 401/402, 403, 703 |
| P136 | 11/13/2000 | VideoShare and 3Com to Offer Comprehensive Streaming Video Package | VGB003928 - VGB003929 | 104a, 802, 901, 401/402, 403, 703 |
| P137 | 11/15/2000 | VideoShare and 3Com to Offer Comprehensive Streaming Video Package | VGB003875 - VGB003877 | 104a, 802, 901, 401/402, 403, 703 |
| P138 | 2/13/2001 | VideoShare Appoints Chris Dodge to Lead Advanced Technologies Group; New Division Will Identify and Develop Emerging Technologies and Trends in Streaming Video Marketplace | VS0000302 - VS0000305 | 104a, 802, 901, 401/402, 403, FRCP 26 |
| P139 | 4/1/2001 | Kienzie - Video Sharing Technology is Revolutionizing the way we communicate with one another | VGB003878 - VGB003878 | 104a, 802, 901, 401/402, 403, 703 |

9

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P140 | 4/18/2001 | Reach out and watch someone | VS0000296 - VS0000297 | 104a, 802, 901, 401/402, 403, FRCP 26 |
| P141 | 7/23/2001 | VideoShare Ships Producer v2.3 | VS0000436 - VS0000438 | 104a, 802, 901, 401/402, 403, FRCP 26 |
| P142 | 6/23/2010 | Declaration by Doug Stern re Scripps Ventures | VS0000508 - VS0000508 | 802, 104a, 106, 702, 401/402, 403 |
| P143 | 5/1/2013 | Census - Computer and Internet Use in the United States, Thom File | | 104a, 802, 901, 401/402, 403, 703, NP |
| P144 | 8/26/2013 | Pew Research Center - Home Broadband 2013 | VS0049723 - VS0049731 | 104a, 802, 901, 401/402, 403, FRCP 26 |
| P145 | 12/31/2019 | What is Transcoding and Why is it Critical for Streaming, wowza.com/blog | VS0049732 - VS0049734 | 104a, 802, 901, 401/402, 403, FRCP 26 |
| P146 | 8/2/2021 | IPR Practice Tips - Baker Botts | VS0049721 - VS0049722 | 104a, 802, 901, 401/402, 403, MIL |
| P147 | 8/2/2021 | Pew Research Center - The Internet News Audience Goes Ordinary | VS0049735 - VS0049742 | 104a, 802, 901, 401/402, 403, FRCP 26 |
| P148 | N/A | Advertising Agencies | VGB000015 - VGB000015 | |
| P149 | N/A | Current Geo Architecture | VGB000062 - VGB000064 | |
| P150 | N/A | Current Geo/VideoShare Architecture | VGB000115 - VGB000118 | |
| P151 | N/A | FTP Server Access, Overview of the Business Plan, Advertising Rates and Traffic Projections, Demographics | VGB000134 - VGB000135 | |

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P152 | N/A | How ShareYourWorld Works | GOOG-VS-PA-00002501 - GOOG-VS-PA-00002503 | |
| P153 | N/A | Internet Business Models - AllCam positioning | VGB000001 - VGB000003 | |
| P154 | N/A | Internet Video: From Camcorder to Computer to the World | GOOG-VS-PA-00001861 - GOOG-VS-PA-00001861 | |
| P155 | N/A | Video Playback on the Web - The options | VGB000119 - VGB000124 | |
| P156 | N/A | VideoShare Producer v. 1.0 Process Overview | VS0000271 - VS0000280 | |
| P157 | N/A | VideoShare Proposal for MSN Communities Video Request for Production | VGB000477 - VGB000498 | |
| P158 | 2019-2020 | Financial information | GOOG-VS-00001172 - GOOG-VS-00001172 | |
| P159 | 2/19/2021 | 1st Amended Complaint | Dkt. 76 | 401/402, 403, MIL, NJ |
| P160 | 3/25/2020 | YouTube Developer's Handbook - Production overview | GOOG-VS-00001019 - GOOG-VS-00001029 | |
| P161 | 5/20/2020 | InnerTube | GOOG-VS-00000937 - GOOG-VS-00000939 | |
| P162 | N/A | Introduction to Transcoder Infrastructure | GOOG-VS-00039107 - GOOG-VS-00039110 | |
| P163 | N/A | Venom Postmortem 005: CPU spike delaying uploads | GOOG-VS-00001635 - GOOG-VS-00001637 | |
| P164 | 6/20/1905 | Web Developer.com Guide to Streaming Multimedia Chapter 18 - Streaming email | VS0000426 - VS0000435 | 104a, 802, 901, 401/402, 403, FRCP 26 |
| P165 | 8/31/1998 | By-Laws of AllCam Communications Inc. | VS0035256 - VS0035273 | |
| P166 | 12/16/1998 | Stock Subscription Agreement for AllCam Communications | VS0036820 - VS0036825 | |
| P167 | 4/20/1999 | Stock Subscription Agreement for AllCam Communications | VS0036861 - VS0036867 | |

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P168 | 4/26/1999 | Stock Subscription Agreement for AllCam Communications | VS0036826 - VS0036832 | |
| P169 | 5/10/1999 | Boissiere Letter for employment at AllCam | VS0008377 - VS0008394 | 401/402, 403, 802, 104a, 901 |
| P170 | 9/20/1999 | AllCam Communications Investment Term Sheet | VS0036789 - VS0036793 | |
| P171 | 11/10/1999 | AllCam Communications Written Consent in Lieu of Special Meeting of the Stockholders | VS0037207 - VS0037242 | |
| P172 | 11/12/1999 | AllCam Communications $3.5 Million Series A and A-1 Convertible Preferred Stock Financing | VS0036800 - VS0036801 | |
| P173 | 11/12/1999 | AllCam Communications Agreement Among Preferred Stockholders | VS0036721 - VS0036732 | |
| P174 | 11/12/1999 | AllCam Communications and Scripps Ventures Stock Purchase Agreement | VS0036539 - VS0036658 | |
| P175 | 4/10/2000 | Boston Herald Careers | VS0048548 - VS0048548 | 104a, 802, 901, 401/402, 403, FRCP 26 |
| P176 | 8/10/2000 | VideoShare 1st Amd Registration Rights Agreement | VS0036939 - VS0036970 | |
| P177 | 8/10/2000 | VideoShare and Techfarm II Restricted Stock Purchase Agreement | VS0037139 - VS0037146 | |
| P178 | 9/11/2000 | Interactive Week Fast Facts Article | VS0048547 - VS0048547 | 104a, 802, 901, 401/402, 403, FRCP 26 |
| P179 | 9/21/2000 | VideoShare Amd No. 1 to 1st Amd Stockholders' Agreement | VS0037120 - VS0037134 | |
| P180 | 1/1/2001 | VideoShare Jan to July 2001 Coverage | VS0048549 - VS0048623 | 104a, 802, 901, 401/402, 403, M |
| P181 | 7/23/2001 | Mass High Tech: VideoShare launches Dropbox technology for Sharing Streamed Videos on the Web | VS0048544 - VS0048545 | 104a, 802, 901, 401/402, 403, FRCP 26 |

CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P182 | 11/13/2001 | Email Berkman to Liwerant re Board Consent - VideoShare | VS000531 - VS0000532 | |
| P183 | 11/15/2001 | Asset Sale Consent | VS0000525 - VS0000525 | |
| P184 | 11/15/2001 | Spreadsheet on Board of Director Vote on Dissolution | VS0000528 - VS0000528 | |
| P185 | 4/18/2002 | Unanimous Consent of the Board of Directors in Lieu of Special Meeting of Board of Directors | VS0046386 - VS0046390 | |
| P186 | 10/19/2005 | Memo from Stern re VideoShare board authorizing Liwerant to dispose of remaining assets | VS0010485 - VS0010487 | 106, 901, M |
| P187 | 10/8/2010 | YouTube Desktop Uploader - PSO & TAM notes: Content Identification and Licensing | GOOG-VS-00000734 - GOOG-VS-00000734 | |
| P188 | 7/21/2011 | How to track video processing on Viper | GOOG-VS-00000657 - GOOG-VS-00000657 | |
| P189 | 10/15/2012 | Declaration of Jeffrey Grammer | VS0048343 - VS0048343 | 802 |
| P190 | 12/13/2012 | YouTube CMS Uploader: Content Identification and Licensing | GOOG-VS-00000727 - GOOG-VS-00000730 | |
| P191 | 12/13/2012 | YouTube Partner Upload API: Content Identification and Licensing | GOOG-VS-00000735 - GOOG-VS-00000735 | |
| P192 | 5/22/2013 | Ltr Liwerant to Trainor re Notice to Vimeo | VS0041375 - VS0041375 | 104a, 802, 401/402, 403, ML |
| P193 | 1/13/2016 | Google Getting Started: Content Acquisition Pipeline | GOOG-VS-00000031 - GOOG-VS-00000032 | |
| P194 | 5/7/2019 | YouTube Developer's Handbook - Overview re the .proto files, Stages of log processing | GOOG-VS-00000389 - GOOG-VS-00000394 | |
| P195 | 4/1/2020 | Video Streaming YouTube Formats (itags, xtags) | GOOG-VS-00000854 - GOOG-VS-00000855 | |
| P196 | 4/8/2020 | Video Core Streaming and Storage: CDFE (Content Directory Front-End) | GOOG-VS-00000750 - GOOG-VS-00000753 | |

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P197 | 4/30/2020 | Key Statistics, Key Metrics Definitions | GOOG-VS-00000832 - GOOG-VS-00000833 | |
| P198 | 7/30/2021 | Rebuttal Expert Report of Nabil Sarhan | Sarhan Ex. 2 | ER, 802, 703, MIL |
| P199 | 7/30/2021 | Rebuttal Expert Report of Gregory Gonsalves, Ph.D., J.D. | Gonsalves Ex. 2 | ER, 802, 703, MIL |
| P200 | N/A | Google Source Code | GOOG-VS-SC-001 - GOOG-VS-SC-488 | FRCP 26, M |
| P201 | 8/10/2021 | Rebuttal Expert Report of Gregory Gonsalves, Ph.D., J.D. | Gonsalves Ex. 1 | ER, 802, 703, MIL |
| P202 | N/A | YouTube Help - Video and Audio Formatting Specifications | GOOG-VS-00033178 - GOOG-VS-00033179 | |
| P203 | 7/30/2021 | Almeroth Rebuttal Expert Report | Almeroth Ex. 1 | ER, 802, 703, MIL |
| P204 | 7/2/2021 | Opening Expert Report of Nabil Sarhan | Sarhan Ex. 1 | ER, 802, 703, MIL |
| P205 | 7/2/2021 | Affirmative Expert Report of Stephen Holzen | Holzen Ex. 1 | ER, 802, 703, MIL |
| P206 | 7/2/2021 | Holzen's Royalty Calculations | Holzen Ex. 2 | ER, 802, 703, MIL, 1006 |
| P207 | 12/20/2019 | Holzen Report in Graphic Packaging Int'l v. Inline Packaging, 15-cv-03476 | Holzen Ex. 9 | ER, 802, FRCP 26, U, MIL |
| P208 | 7/13/1905 | Winning the Patent Damages Case by Holzen | Holzen Ex. 10 | 802, FRCP 26, 401/402, 403 |
| P209 | 10/6/1987 | U.S. Patent No. 4,698,672 | GOOG-VS-00040882 - GOOG-VS-00040904 | 401/402, 403, 802 |
| P210 | 6/3/2013 | Business Online Video Hosting Platform & Solutions Provider - Viddler | Holzen Ex. 7 | 104a, 106, 401/402, 403, 802, 901, FRCP 26 |
| P211 | 8/3/2021 | Defendants' Amended Answer to First Amended | Dkt. 93 | 401/402, 403, |

14

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | Complaint [Dkt 93] | | MIL, NJ |
| P212 | 6/11/2021 | Defendants' Response to 1st RFAs | | IUD, 401/402, 403, CD, C, IIOC |
| P213 | 6/11/2021 | Defendants' Response to 3rd Interrogatories (Nos. 9-14) | | IUD, 401/402, 403, CD, C, IIOC |
| P214 | 6/25/2021 | Defendants' 3rd Amended Disclosures | | IUD, 401/402, 403, MIL, NJ |
| P215 | 6/25/2021 | Defendants' 1st Supplemental Response to 2nd Discovery Requests (No. 8) | | IUD, 401/402, 403, CD, C, IIOC |
| P216 | 6/25/2021 | Defendants' 1st Supplemental Response to 3rd Rogs (Nos. 10, 13, 14) | | IUD, 401/402, 403, CD, C, IIOC |
| P217 | 6/25/2021 | Defendants' 1st Supplemental Response to 1st Rogs (Nos. 1-7) | | IUD, 401/402, 403, CD, C, IIOC |
| PX218 | 9/15/2020 | IPR Google's Petition [Paper 2] | | MIL, 401/402, 403, 702, FRCP 26, LC, U |
| PX219 | 1/25/2021 | IPR VS Response [Paper 10] | | MIL, 401/402, 403, 702, FRCP 26, LC, U |
| PX220 | 4/7/2021 | IPR Decision Denying Institution [Paper 14] | | MIL, 401/402, 403, 702, FRCP 26, LC, U |
| PX221 | 9/15/2020 | CBM Google's Petition [Paper 2] | | MIL, 401/402, 403, 702, FRCP 26, LC, U |
| PX222 | 1/25/2021 | CBM VS Response [Paper 10] | | MIL, 401/402, |

CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| Exhibit No. | Date | Description | Bates Range or Deposition Exhibit No. | Objections |
|---|---|---|---|---|
|  |  |  |  | 403, 702, FRCP 26, LC, U |
| PX223 | 3/24/2021 | CBM Decision Denying Institution [Paper 14] |  | MIL, 401/402, 403, 702, FRCP 26, LC, U |