# EXHIBIT 1.2

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-001 | Buchanan0001979 | Buchanan0001979 | 8/16/2016 | E-mail dated August 16, 2016 from Andrew Fassak to Charles Wieland III and others regarding CBM2016-00074- Filing at USPTO | |
| DX-002 | Buchanan0001979 | Buchanan0001979 | | USPTO Google v. Videoshare - Google's Motion to Dismiss Without Prejudice its Petition for Covered Business Method Review of U.S. Patent No. 8,464,302 | |
| DX-003 | Buchanan0001995 | Buchanan0002014 | 8/2/2016 | Memorandum - DDE101 Order - , Videoshare v. Google and Youtube (Civil Action No. 13 -cv -990 (GMS)) | |
| DX-004 | GOOG-VS-00002245 | GOOG-VS-00002247 | 11/1/2019 | Letter dated  November 1, 2019 from Gad Liwerant to Kent Walker regarding U.S. Patent No. 10,362,341, with Envelope and Return Receipt | |
| DX-005 | GOOG-VS-00000356 | GOOG-VS-00000378 | | Life of a Youtube upload | |
| DX-006 | GOOG-VS-00039452 | GOOG-VS-00039476 | | Agreement among Forgent, Compression Labs and Google | |
| DX-007 | GOOG-VS-00039477 | GOOG-VS-00039486 | | Patent License Agreement (Jericho) | |
| DX-008 | GOOG-VS-00039816 | GOOG-VS-00039817 | | Data: YouTube Earnings Prep; Core Business, Operating Profit % Revenue | |
| DX-009 | GOOG-VS-00039818 | GOOG-VS-00039828 | 5/18/2006 | Email chain from Gad Liwerant to Meir Brand re Note - keynote | R |
| DX-010 | GOOG-VS-00039829 | GOOG-VS-00039829 | 9/18/2008 | Email chain dated September 18, 2008 from Gad Liwerant to Meir Brand regarding note, question | R |
| DX-011 | GOOG-VS-00039830 | GOOG-VS-00039831 | 11/4/2009 | Email chain from Meir Brand to Gad Liwerant regarding note | R |
| DX-012 | GOOG-VS-00039832 | GOOG-VS-00039832 | 2/7/2007 | Email dated February 7, 2007 from Meir Brand to Gad Liwerant regarding Note / Google Patents | R |
| DX-013 | GOOG-VS-00039835 | GOOG-VS-00039836 | | Spreadsheet - Core Business, Planning P&L Dash | |
| DX-014 | GOOG-VS-00039837 | GOOG-VS-00039837 | | Spreadsheet -Video Ads, Revenue, CFM - data source compiled by Alajandro Madrid | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-015 | GOOG-VS-00039838 | GOOG-VS-00039838 | | Spreadsheet: US Ads - poll by month for January 2019 - February 2020 of number of impressions in the U.S. by certain categories | |
| DX-016 | GOOG-VS-00039839 | GOOG-VS-00039847 | | Spreadsheet: Daily poll of daily active viewers, month, weekly active viewers in US logged in from January 1, 2019 -February 17, 2020 | |
| DX-017 | GOOG-VS-00039848 | GOOG-VS-00039857 | | Spreadsheet - Members, Youtube data source report from January 1, 2019 - April 26, 2020 | |
| DX-018 | GOOG-VS-PA-00000116 | GOOG-VS-PA-00000118 | 10/26/1999 | Article entitled "The Seattle Times Inside Technology Column," by Helen Jung, The Seattle Times dated 10/26/1999 | A, H |
| DX-019 | GOOG-VS-PA-00000774 | GOOG-VS-PA-00000793 | | SPIE Library - Proceedings of SPIE, Multimedia Storage and Archiving Systems III by C. Jay Kuo et al., Novemebr 2-4 1998, Vol. 3527 | A, H |
| DX-020 | GOOG-VS-PA-00000794 | GOOG-VS-PA-00000795 | | Declaration of Patrick Franzen | H |
| DX-021 | GOOG-VS-PA-00000796 | GOOG-VS-PA-00000812 | | Declaration of Rachel J. Watters on Authentication of Publication (including Mohan III as attachment) | H |
| DX-022 | GOOG-VS-PA-00000991 | GOOG-VS-PA-00001001 | | Rakesh Mohan's Article, "Adapting Multimedia Internet Content for Universal Access," Vol. 1, No. 1 March 1999 | A, H |
| DX-023 | GOOG-VS-PA00001002 | GOOG-VS-PA00001021 | | U.S. Patent No. 6,006,257 (Slezak) | A, H |
| DX-024 | GOOG-VS-PA-00001355 | GOOG-VS-PA-00001416 | | International Patent Application No. WO 93/16557 (Koz) | A, H |
| DX-025 | GOOG-VS-PA-00001579 | GOOG-VS-PA-00001601 | | AlwaysonTV.com web page | A, R |
| DX-026 | GOOG-VS-PA-00001693 | GOOG-VS-PA-00001698 | | Affidavit of Christopher Butler regarding POPcast article | A, H, R, PM |
| DX-027 | GOOG-VS-PA-00001699 | GOOG-VS-PA-00001703 | | Q&A with William H. Mutual, President & CEO POPcast | A, H, R, PM |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---|---|---|---|---|---|
| DX-028 | GOOG-VS-PA-00001704 | GOOG-VS-PA-00001714 | | POPcast.com web page | A, H, R, PM |
| DX-029 | GOOG-VS-PA-00001715 | GOOG-VS-PA-00001717 | 8/30/1999 | Press release " Sharp and Popcast Announce Free Webcasting Service for Internet Viewcam Customers". Business Wire, August 30, 1999 | A, H, R, PM |
| DX-030 | GOOG-VS-PA-00001718 | GOOG-VS-PA-00001719 | | POPcast.com webpage - Press Releases | A, H, R, PM |
| DX-031 | GOOG-VS-PA-00001720 | GOOG-VS-PA-00001721 | | POPcast.com webpage - First looks, view audio and video clips | A, H, R, PM |
| DX-032 | GOOG-VS-PA-00001722 | GOOG-VS-PA-00001729 | | POPcast.com webpage | A, H, R, PM |
| DX-033 | GOOG-VS-PA-00001730 | GOOG-VS-PA-00001732 | 3/5/2000 | Press Release : "User Friendly." Jerusalem Post, March 5, 2000 | A, H, R, PM |
| DX-034 | GOOG-VS-PA-00001733 | GOOG-VS-PA-00001734 | | Popcast.com website - Showcase | A, H, R, PM |
| DX-035 | GOOG-VS-PA-00001742 | GOOG-VS-PA-00001742 | 1/24/2000 | ShareYourWorld Press Release , "ShareYourWorld.Com to be Introduced at Upside's Showcase Conference," by Kathryn Gilmor, Prter Novelli Convergence Group, 206, 770-7008, dated January 24, 2000 | A, H |
| DX-036 | GOOG-VS-PA-00001743 | GOOG-VS-PA-00001746 | | ShareYourWorld.com webpage | A, H |
| DX-037 | GOOG-VS-PA-00001748 | GOOG-VS-PA-00001748 | | shareyourworld.com webpage | A, H |
| DX-038 | GOOG-VS-PA-00001749 | GOOG-VS-PA-00001749 | | JIGA Image Exchange Technology - Private Placement Offering Materials | A, H |
| DX-039 | GOOG-VS-PA-00001809 | GOOG-VS-PA-00001812 | | A Dose of Reality | A, H |
| DX-040 | GOOG-VS-PA-00001856 | GOOG-VS-PA-00001856 | | Your Video on the Web webpage | A, H |
| DX-041 | GOOG-VS-PA-00001857 | GOOG-VS-PA-00001857 | | CNN.com Transcript | A, H, R |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-042 | GOOG-VS-PA-00001859 | GOOG-VS-PA-00001859 | | Your Video on the Web webpage | A, H |
| DX-043 | GOOG-VS-PA-00001860 | GOOG-VS-PA-00001860 | | Wayback Machine Page | A, H |
| DX-044 | GOOG-VS-PA-00001861 | GOOG-VS-PA-00001861 | | Videomaker.com Article | A, H |
| DX-045 | GOOG-VS-PA-00001868 | GOOG-VS-PA-00001868 | | Wayback Machine Page | A, H |
| DX-046 | GOOG-VS-PA-00001869 | GOOG-VS-PA-00001869 | | Wayback Machine Page | A, H |
| DX-047 | GOOG-VS-PA-00001870 | GOOG-VS-PA-00001939 | | Form 10KSB Viewcase Com Inc. | A, H, R |
| DX-048 | GOOG-VS-PA-00001940 | GOOG-VS-PA-00001942 | | Article entitled "Webcast firm expects lower fees will spur growth," | A, H |
| DX-049 | GOOG-VS-PA-00001943 | GOOG-VS-PA-00002002 | | Real Time Streaming Protocol | A, H, R |
| DX-050 | GOOG-VS-PA-00002331 | GOOG-VS-PA-00002368 | | ShareYourWorld Business Plan | A, H |
| DX-051 | GOOG-VS-PA-00002396 | GOOG-VS-PA-00002414 | 1/12/2001 | Memo dated January 12, 2001 from Scott Greenburg to Lauren Nieswender | A, H |
| DX-052 | GOOG-VS-PA-00002415 | GOOG-VS-PA-00002444 | | Zelman Moses Business Plan | A, H, R |
| DX-053 | GOOG-VS-PA-00002464 | GOOG-VS-PA-00002473 | | Jiga Image Exchange Engine | A, H |
| DX-054 | GOOG-VS-PA-00002555 | GOOG-VS-PA-00002556 | 8/16/2017 | USCA Videoshare v. Google and Youtube (CAFC 101 order) | A, R, PM |
| DX-055 | GOOG-VS-PA-00011737 | GOOG-VS-PA-00011768 | | U.S. Patent No. 8,464,302 B1 | A, R, PM |
| DX-056 | GOOG-VS-PA-00011769 | GOOG-VS-PA-00011802 | 5/18/2000 | U.S. Patent No. 8,438,608 B2; | A, R, PM |
| DX-057 | GOOG-VS-PA-00011803 | GOOG-VS-PA-00011840 | | U.S. Patent No. 10,362,341 | BE |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---|---|---|---|---|---|
| DX-058 | GOOG-VS-PA-0002263 | GOOG-VS-PA-0002270 | | Share Your World: Advisory Board | A, H |
| DX-059 | MIRACLE0000001 | MIRACLE0000001 | | Your Video on the Web Internet Video Starter Kit | A, H |
| DX-060 | MIRACLE-P000001 | MIRACLE-P000085 | | 1999 Diary (inventor's notebook) | A, H, R, PM |
| DX-061 | MIRACLE-P000015 | MIRACLE-P000018 | | RealPlayer G2 Update 2 | A, H, R, PM |
| DX-062 | MIRACLE-P000019 | MIRACLE-P000022 | | RealProducer G2 | A, H, R, PM |
| DX-063 | MIRACLE0000023 | MIRACLE00000132 | | Your Video on the Web -Installation and User's Guide | A, H |
| DX-064 | MIRACLE-P000086 | MIRACLE-P000086 | | Paradise Driver and Utilities Software CD | A, H, R, PM |
| DX-065 | MIRACLE-P000087 | MIRACLE-P000087 | | RealProducer Pro Software CD | A, H, R, PM |
| DX-066 | MIRACLE-P000088 | MIRACLE-P000088 | | RealPlayer Plus Software CD | A, H, R, PM |
| DX-067 | MIRACLE-P000089 | MIRACLE-P000089 | | Real Networks Developer Toolkit Software CD | A, H, R, PM |
| DX-068 | MIRACLE-P000090 | MIRACLE-P000090 | | NY Times exe and Commercial CD | A, H, R, PM |
| DX-069 | MIRACLE-P000091 | MIRACLE-P000091 | | Demo of classes done for Alliance of Higher Education | A, H, R, PM |
| DX-070 | MIRACLE-P000092 | MIRACLE-P000092 | | DVD labeled "Osprey Photos" | A, H, R, PM |
| DX-071 | MIRACLE-P000093 | MIRACLE-P000093 | | Viewcast Website Archive copy 6/99 CD | A, H, R |
| DX-072 | MIRACLE-P000094 | MIRACLE-P000094 | | Viewcast Dongle Photos 11/1999 CD | A, H, R, PM |
| DX-073 | MIRACLE-P000095 | MIRACLE-P000095 | | View Cast Test File PP_Wedding CD | A, H, R, PM |
| DX-074 | MIRACLE-P000096 | MIRACLE-P000096 | | ViewCast.com Singing Logo .AVI + RAW files CD | A, H, R, PM |
| DX-075 | MIRACLE-P000097 | MIRACLE-P000097 | | ViewCast Commercial AVI & Other Backups CD | A, H, R, PM |
| DX-076 | MIRACLE-P000098 | MIRACLE-P000098 | | CD labeled "Audio Check and Uncle Jimmy" | A, H, R, PM |
| DX-077 | MIRACLE-P000099 | MIRACLE-P000099 | | CD labeled "ViewCast Commercial Sam" | A, H, R, PM |
| DX-078 | MIRACLE-P000100 | MIRACLE-P000100 | | E In the Bath, Raw, PPJ. AVI CD | A, H, R, PM |
| DX-079 | MIRACLE-P000101 | MIRACLE-P000101 | | CD labeled "Good Website Backup 1999 Demo, No ASP" | A, H, R |
| DX-080 | MIRACLE-P000102 | MIRACLE-P000102 | | Drivers for Osprey card and dongle | A, H, R |
| DX-081 | MIRACLE-P000103 | MIRACLE-P000103 | | Backup of Your Video on the Web website dated 11/12/99 | A, H, R |
| DX-082 | MIRACLE-P000104 | MIRACLE-P000104 | | CD labeled "ViewCast Backup Live Version 1.2 11/99 | A, H, R |
| DX-083 | MIRACLE-P000105 | MIRACLE-P000105 | | CD labeled "ViewCast, YVOTW Production Backup 12/28/99 | A, H, R, PM |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-084 | MIRACLE-P000106 | MIRACLE-P000106 | | CD labeled "Your Video on the Web after 2/2020, Includes Valentine's and Easter | A, H, R, PM |
| DX-085 | MIRACLE-P000107 | MIRACLE-P000107 | | Graphic design masters for printed material | A, H, R, PM |
| DX-086 | MIRACLE-P000108 | MIRACLE-P000108 | | Your Video On the Web Internet Video Starter Kit beta demo 9/10/1999 CD | A, H, R, PM |
| DX-087 | MIRACLE-P000109 | MIRACLE-P000109 | | Content frm Website + Viewcast Demo CD, Alliancd Class CD | A, H, R, PM |
| DX-088 | MIRACLE-P000110 | MIRACLE-P000110 | | From Ashes to Success Final, DC30 1.51.exe Viewcast Images for Site, Tech Intro CD | A, H, R, PM |
| DX-089 | MIRACLE-P000111 | MIRACLE-P000111 | | Viewcast Resume Wizard Reference Copy 9 August 2000, Source Code, Wizard, Player, Videos CD | A, H, R |
| DX-090 | MIRACLE-P000112 | MIRACLE-P000112 | | Packout Mockup: Your Video on the Web Osprey Inernet Viewo Starter Kit - Distribution CD sample | A, H, R, PM |
| DX-091 | MIRACLE-P000113 | MIRACLE-P000113 | | Packout Mockup: demo box (pasteup) | A, H, R, PM |
| DX-092 | MIRACLE-P000114 | MIRACLE-P000114 | | Packout Mockup: Cardbaord insert | A, H, R, PM |
| DX-093 | MIRACLE-P000115 | MIRACLE-P000115 | | Packout Mockup: Your Video on the Web Installation and User's Guide | A, H, R, PM |
| DX-094 | MIRACLE-P000116 | MIRACLE-P000116 | | Packout Mockup: Your Video on the Web Internet Starter Kit User Guide | A, H, R, PM |
| DX-095 | MIRACLE-P000117 | MIRACLE-P000117 | | Packout Mockup: Osprey Video Capture Dongle | A, H, R, PM |
| DX-096 | MIRACLE-P000118 | MIRACLE-P000118 | | Packout Mockup: Osprey Video Capture Card | A, H, R, PM |
| DX-097 | MIRACLE-P000119 | MIRACLE-P000119 | | Shippable version: Your Video on the Web Video Starter Kit Installation and Startup CD | A, H, R, PM |
| DX-098 | MIRACLE-P000120 | MIRACLE-P000120 | | Shippable Version: Your Video on the Web box | A, H, R, PM |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---|---|---|---|---|---|
| DX-099 | MIRACLE-P000121 | MIRACLE-P000121 | | Shippable Version: Cardboard structural insert | A, H, R, PM |
| DX-100 | MIRACLE-P000122 | MIRACLE-P000122 | | Shippable Version: Osprey Video Capture Dongle | A, H, R, PM |
| DX-101 | MIRACLE-P000123 | MIRACLE-P000123 | | Shippable Version: Your Video on the Web Video Starter Kit Installation and Startup CD (dupe MIRACLE-P000119 | A, H, R, PM |
| DX-102 | MIRACLE-P000124 | MIRACLE-P000129 | | Shippable Version autorun: visual samples and code | A, H, R, PM |
| DX-103 | MIRACLE-P000130 | MIRACLE-P000130 | | Sample warranty card | A, H, R, PM |
| DX-104 | MIRACLE-P000131 | MIRACLE-P000196 | | Original version: YVOTW User Guide | A, H, R, PM |
| DX-105 | MIRACLE0000133 | MIRACLE0000134 | | Your Video on the Web USB Release Notes, Windows 98, 11/99 | A, H |
| DX-106 | MIRACLE0000135 | MIRACLE000282 | | MGI VideoWave II Idea Guide & Reference Manual | A, H, R |
| DX-107 | MIRACLE-P000197 | MIRACLE-P000306 | | Printout of final version of user's guide | A, H, PM |
| DX-108 | MIRACLE-P000307 | MIRACLE-P000666 | | 2000 Journal (inventor's notebook)Production version: YVOTW Installation and User's Guide | A, H, PM |
| DX-109 | MIRACLE0002715 | MIRACLE0002715 | | Your Video on the Web Packaging | A, H |
| DX-110 | MIRACLE0007610 | MIRACLE0007610 | | Article entitled "ViewCast.com Opens YourVideoOnTheWeb.com, Enabling Consumers to Share Video On The Internet," | A, H |
| DX-111 | MIRACLE0007615 | MIRACLE0007615 | | Article entitled "ViewCast.com Expands Distribution Agreement with RealNetworks," | A, H, R |
| DX-112 | MIRACLE0007622 | MIRACLE0007623 | | Article entitled "ViewCast.com Opens YourVideoOnTheWeb.com, Enabling Consumers to Share Video On The Internet, | A, H |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-113 | MIRACLE0007634 | MIRACLE0007634 | | Screenshot | A, H |
| DX-114 | MIRACLE0007637 | MIRACLE0007637 | | Screenshot - Your Video on the Web | A, H |
| DX-115 | MIRACLE0007641 | MIRACLE0007641 | | Screenshot - Your Video on the Web | A, H |
| DX-116 | MIRACLE0007646 | MIRACLE0007646 | | Screenshot - Your Video on the Web | A, H |
| DX-117 | MIRACLE0007648 | MIRACLE0007701 | | Your Video on the Web - Product Datasheet URL: https://digitalmiracles.coVOmW/wleebgsaitle/1X99Y9DZeZmYo/ | A, H |
| DX-118 | MIRACLE0007721 | MIRACLE0007757 | | Screenshots of the Your Video on the Web website | A, H |
| DX-119 | MIRACLE0007761 | MIRACLE0007845 | | 1999 Standard Diary | A, H, R |
| DX-120 | MIRACLE0007847 | MIRACLE0007847 | | Windows Media Audio/Video File | A, H, R |
| DX-121 | MIRACLE0007850 | MIRACLE0007850 | | Video | A, H, R |
| DX-122 | NORLIN0000252 | NORLIN0000281 | | Zelman Moses Business Plan, Last Revision 03/29/1999 | A, H, R |
| DX-123 | NORLIN0000860 | NORLIN0000884 | | ShareYourWorld JIGA Strategy Meeting documents | A, H |
| DX-124 | NORLIN0001116 | NORLIN0001123 | | Website printout of ShareYour World advisory board, viewed on April 19, 2000 | A, H |
| DX-125 | NORLIN0001729 | NORLIN0001744 | | ShareYourWorld presentation - An Introduction to... Share Your World  A place to see and be seen | |
| DX-126 | NORLIN0001745 | NORLIN0001805 | | JIGA Series B Preferred Stock Confidential Private Placement Offering Materials, January 2001 | A, H, R |
| DX-127 | NORLIN0002129 | NORLIN0002166 | | ShareYourWorld Business Plan, Last Revision: 11/22/1999 | A, H |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---|---|---|---|---|---|
| DX-128 | NORLIN0002657 | NORLIN0002723 | | JIGA Revenue Model | A, H |
| DX-129 | NORLIN0004183 | NORLIN0004226 | 2/8/2000 | Letter dated February 8, 2000 from Dawn Trudeau to Chase Norlin regarding signed contract and check for investing in ShareYourWorld | A, H, R |
| DX-130 | VGB000001 | VGB000003 | | Internet Business Models - AllCam positioning | |
| DX-131 | VGB000015 | VGB000015 | | Advertising Agencies | |
| DX-132 | VGB000062 | VGB000064 | | Current GEO Architecture | |
| DX-133 | VGB000115 | VGB000118 | | Current GEO/Videoshare Architecture, presnetation June 1999 | |
| DX-134 | VGB000477 | VGB000498 | | Videoshare Proposal for MSN Communities Video RFP | |
| DX-135 | VGB000499 | VGB000501 | | The VideoShare Producer 2.0 Software Architecture | |
| DX-136 | VGB000518 | VGB000524 | | "VideoShare Server-Side Encoding Solution - Can it be done?" | |
| DX-137 | VGB000798 | VGB000798 | | Release Schudule | |
| DX-138 | VGB002340 | VGB002340 | | Release Schedule | |
| DX-139 | VGB003821 | VGB003823 | | Boston.com digital mass - Reach out and watch someone | |
| DX-140 | VGB003875 | VGB003877 | 11/13/2000 | Mi2N Musisc Industry News Network "Videoshare and 3Com to Offer Comprehensive Streaming Video Package", Nov. 13, 2000 | |
| DX-141 | VGB003879 | VGB003880 | 9/6/2000 | PC World.com - Lycos VideoCenter and Videoshare make it easy to upload and share your digital videos, Sept. 06, 2000 | |
| DX-142 | VGB003928 | VGB003929 | 11/13/2000 | Press Release: "VideoShare and 3Com to Offer Comprehensive Streaming Package", dated Nov. 13, 2000 | |
| DX-143 | VGB007476 | VGB007479 | 3/29/2001 | Email dated March 29, 2001 from Terra Samuels to Andrea Valente and other with attachment regarding HTML Upload Beta Test Document for Lycos | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---|---|---|---|---|---|
| DX-144 | VGB007870 | VGB007814 | 6/26/2001 | MIcrosoft Presentation, Confidentiality Property of Videoshare, Inc., dated June 26, 2001 | |
| DX-145 | VGB007927 | VGB007930 | 7/24/2011 | Email chain dated July 24, 2001 from Steve Tisa to Joel Swan and others regarding Vortex vs. Dropbox? | |
| DX-146 | VGB008089 | VGB008090 | 8/24/2001 | Email chain dated August 24, 2001 from Seth Low to Guillaume Boissiere regarding Dropbox server meeting results | |
| DX-147 | VGB008171 | VGB008177 | 10/18/2001 | Email dated Oct. 18, 2001 from Hilary Berkman to Gad Liwerant regarding Final MSFT response document | |
| DX-148 | VS0000001 | VS0000222 | | 341 File History | BE |
| DX-149 | VS0000224 | VS0000270 | | Provisional Application for Patent | |
| DX-150 | VS0000471; VGB008519 | VS0000471; VGB008519 | 5/18/2000 | Email dated May 18, 2000 from Gad Liwerant to Guillaume Boissiere regarding Important feature | H,R, PM |
| DX-151 | VS0000472; VGB008547 | VS0000473; VGB008548 | 8/2/2000 | Email chain dated August 2, 2000 from Michael LaPointe to Guillaume Bosissiere and others regarding Speed Detection | H, R, PM |
| DX-152 | VS0000474; VGB008648 | VS0000474; VGB008648 | 1/19/2001 | Email chain dated January 19, 2001 from Chris Dodge to Guillaume Boissiere and others regarding Buffering time ad | H, R |
| DX-153 | VS0000479; V0005971 | VS0000481; V0005973 | 8/4/2004 | Email dated Aug. 4, 2004 from Gad Liwerant to JIMBRAMSON@aol.com and others regarding available patents for video instant messaging | H,R |
| DX-154 | VS0000485 | VS0000494 | 12/14/2001 | VideoShare, Inc. Unanimous Written Consent of the Board of Directors in Lieu of Special Meeting of Board of Directors, dated December 14, 2001 | |
| DX-155 | VS0000509 | VS0000520 | 6/26/2010 | Declaration by Gad Liwerant under 37 C.F.R. section 1.132, June 26, 2010 | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---|---|---|---|---|---|
| DX-156 | VS0000526 | VS0000527 | | Spreadsheet - lists the shareholders of VideoShare, Inc. and whether or not they voted in favor of the dissolution of the company | |
| DX-157 | VS0000535 | VS0000538 | 4/18/2002 | VideoShare, Inc. Unanimous Written Consent of the Board of Directors in Lieu of Special Meeting of Board of Directors, dated April 18, 2002 | |
| DX-158 | VS0000539; V0007435 | VS0000540; V0007436 | | Email chain from Gad Liwerant to Jeff Grammer regarding Note | |
| DX-159 | VS0002353 | VS0002358 | 8/4/2015 | Non-Exclusive Patent License and Settlement Agreement between VideoShare LLC and Viddler Inc., dated August 04, 2015 | |
| DX-160 | VS0004628 | VS0004909 | 2/12/2016 | Deposition Transcript of Christopher Dodge dated February 12, 2016 Videoshare v. Google & Youtube - USDC Delaware Case No. 13-990) | H |
| DX-161 | VS0036800 | VS0036801 | | AllCam Communications Inc. #3.5 Million Series A and A-1 Convertible Preferrred Stock Financing | |
| DX-162 | VS0005223 | VS0005237 | | Competitive Analysis Earthnoise, Inc. | H, R |
| DX-163 | VS0005580 | VS0005700 | 2/18/2018 | Deposition Transcript of Guillaume Boissiere dated February 18, 2016, (Videoshare v. Google & Youtube - USDC Delaware Case No. 13-990) | H |
| DX-164 | VS0006662; VGB005220 | VS0006698; VGB005256 | | Videshare Business Plan | |
| DX-165 | VS0006933 | VS0007042 | 3/8/2016 | Deposition Transcript of Gad Liwerant dated March 8, 2016 (Videoshare v. Google & Youtube - USDC Delaware Case No. 13-990) | H |
| DX-166 | VS0007054; VGB000832 | VS0007082; VGB000860 | | Videoshare Business Plan | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---|---|---|---|---|---|
| DX-167 | VS0007142; V0005969 | VS0007143; V0005970 | 8/4/2004 | Email dated August 4, 2004 from  Gad Liwerant to Glen Johnson regarding Videoshare US Patent Application Nos. 09/631,918 and 09/497,587 | H, R, PM |
| DX-168 | VS0007607 | VS0007759 | 3/9/2016 | Deposition Transcript of Gad Liwerant dated March 9, 2016 (Videoshare v. Google & Youtube - USDC Delaware Case No. 13-990) | H |
| DX-169 | VS0008431 | VS0008469 | 3/29/2016 | Non-Exclusive Patent License and Settlement Agreement between VideoShare LLC and Vimeo, LLC., dated March 29, 2016 | |
| DX-170 | VS0008493 V0002384 | VS0008502; V0002393 | 12/14/2001 | VideoShare, Inc. Unanimous Written Consent of the Board of Directors in Lieu of Special Meeting of Board of Directors, dated December 14, 2001 | |
| DX-171 | VS0011377 | VS0011396 | 8/2/2016 | Memorandum regarding Plaintiff VideoShare, LLC initiated patent infringement lawsuit against Google. Inc. and Youtube, signed by USDC on August 2, 2016 | R, PM |
| DX-172 | VS0012494 | VS0012498 | 8/16/2017 | Notice of Entry of Judgment Without Opinion dated, dated August 16, 2017 | R, PM |
| DX-173 | VS0036750 | VS0036757 | 11/10/1999 | AllCam Communications Inc. Unanimous Written Consent in Lieu of Special Meeting of the Board of Directors dated November 10, 1999 | |
| DX-174 | VS0037164 | VS0037166 | | Listing of Patents with attached Memo  dated December 9, 2005 from W. Meurer regarding Videoshare IP | |
| DX-175 | VS0037198 | VS0037199 | | Certificate of Formation of Videoshare, LLC. | |
| DX-176 | VS0046831 | VS0046831 | 6/21/2013 | VideoShare Covenant Not to Sue (YouTube for Infringement of Patent), dated June 21, 2013 | H, R, PM |
| DX-177 | | | | Videoshare Webpage - Wayback Machine, viewed on June 16, 2021 | A |
| DX-178 | | | | Videoshare Webpage-Wayback Machine, viewed on June 11, 2021 | A |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-179 | | | | VideoShare Web Page - The Wayback Machine, viewed on June 16, 2021 | A |
| DX-180 | | | | Videoshare Webpage - MediaCenter, viewed on June 16, 2021 | A |
| DX-181 | | | | Book entitled "Winning the Patent Damages Case", by Richard Cauley | H, R |
| DX-182 | | | | Mr. Holzen's Royalty Calculations | IS, H |
| DX-183 | | | | Wayback Machine - Business Online Video Hosting Platform & Solutions Provider - Viddler | A, H |
| DX-184 | | | | U.S. Patent No. 4,698,672 | A, H |
| DX-185 | https://digitalmiracles.com/legal/ XYZZYVOW/website1999Prod/index2.htm | | | Miracle Your Video on the Web website | A, H, R, PM |
| DX-186 | https://digitalmiracles.com/legal/ XYZZYVOW/website1999Demo/ | | | Miracle Your Video on the Web demo website | A, H, R, PM |
| DX-187 | GOOG-VS-00039858 | GOOG-VS-00039876 | 5/5/2021 | 7 YouTube Features That Will Help You Get More Views | A, H, R |
| DX-188 | GOOG-VS-00039877 | GOOG-VS-00039883 | 4/12/2021 | 10 New YouTube Features Added to Improve User Experience | A, H, R |
| DX-189 | GOOG-VS-00039884 | GOOG-VS-00039901 | 1/25/2021 | 10 YouTube Stats Every Marketer Should Know in 2021 [Infographic] | A, H, R |
| DX-190 | GOOG-VS-00039902 | GOOG-VS-00039911 | 7/25/2019 | A Week in the Life of Popular YouTube Channels | A, H, R |
| DX-191 | GOOG-VS-00039912 | GOOG-VS-00039914 | 7/16/2021 | About Display ads and the Google Display Network | A, H, R |
| DX-192 | GOOG-VS-00039922 | GOOG-VS-00039933 | 7/16/2021 | Google Ads CPC, CPM, & CTR Benchmarks | A, H, R, PM |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-193 | GOOG-VS-00039934 | GOOG-VS-00039942 | 7/16/2021 | Advertising Based Revenue Model | A, H |
| DX-194 | GOOG-VS-00040194 | GOOG-VS-00040198 | 7/7/2021 | Apple and Google Crowd Out the Competition With Default Apps | A, H, R |
| DX-195 | GOOG-VS-00040199 | GOOG-VS-00040204 | 5/17/2017 | Are You Maximizing the Use of Video in Your Content Marketing Strategy? | A, H, R |
| DX-196 | GOOG-VS-00040205 | GOOG-VS-00040260 | Oct. 2019 | Bargaining Power in the Market for Intellectual Property: Evidence from Licensing Contract Terms | A, H |
| DX-197 | GOOG-VS-00040261 | GOOG-VS-00040263 | 7/16/2021 | Child safety policy | A, H, R, PM |
| DX-198 | GOOG-VS-00040264 | GOOG-VS-00040266 | 7/16/2021 | Community Guidelines | A, H, R, PM |
| DX-199 | GOOG-VS-00040267 | GOOG-VS-00040269 | 12/2/2010 | Content ID turns three | A, H |
| DX-200 | GOOG-VS-00040270 | GOOG-VS-00040270 | 7/12/2021 | DoubleClick Digital Marketing | A, H, R |
| DX-201 | GOOG-VS-00040271 | GOOG-VS-00040273 | 7/16/2021 | Find your way around YouTube | A, H |
| DX-202 | GOOG-VS-00040274 | GOOG-VS-00040274 | 7/16/2021 | Get in touch with the YouTube Creator Support team | A, H, R |
| DX-203 | GOOG-VS-00040275 | GOOG-VS-00040275 | 7/27/2021 | Get started with YouTube Music | A, H |
| DX-204 | GOOG-VS-00040685 | GOOG-VS-00040687 | 7/26/2021 | Google Software Engineer Average Compensation | A, H, R, PM |
| DX-205 | GOOG-VS-00040696 | GOOG-VS-00040704 | 7/29/2021 | How Liking YouTube Videos Works | A, H, R |
| DX-206 | GOOG-VS-00040705 | GOOG-VS-00040708 | 6/8/2020 | How YouTube works | A, H |
| DX-207 | GOOG-VS-00040715 | GOOG-VS-00040719 | 1/22/2014 | Is Viddler an Alternative for YouTube? | A, H |
| DX-208 | GOOG-VS-00040720 | GOOG-VS-00040721 | 7/15/2021 | Know the different ad formats | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-209 | GOOG-VS-00040724 | GOOG-VS-00040773 | 2017 | Litigation Services Handbook | A, H |
| DX-210 | GOOG-VS-00040774 | GOOG-VS-00040776 | 7/28/2021 | Manage your channel's basic info | A, H, R |
| DX-211 | GOOG-VS-00040777 | GOOG-VS-00040796 | 10/7/2018 | Many Turn to YouTube for Children's Content, News, How-To Lessons | A, H, R, PM |
| DX-212 | GOOG-VS-00040797 | GOOG-VS-00040799 | 7/16/2021 | Monetization for Creators | A, H |
| DX-213 | GOOG-VS-00040800 | GOOG-VS-00040823 | Mar-18 | Non-Discrimination and FRAND Commitments | A, H, R |
| DX-214 | GOOG-VS-00040824 | GOOG-VS-00040827 | 7/27/2021 | Crunchbase: Viddler Financials | A, H, R, PM |
| DX-215 | GOOG-VS-00040828 | GOOG-VS-00040831 | 7/19/2021 | Crunchbase: Viddler Technology | A, H |
| DX-216 | GOOG-VS-00040832 | GOOG-VS-00040832 | 7/16/2021 | Post & interact with comments | R |
| DX-217 | GOOG-VS-00040833 | GOOG-VS-00040841 | 7/20/2021 | Reach a larger or new audience with Google Display Network Targeting | H, R |
| DX-218 | GOOG-VS-00040842 | GOOG-VS-00040849 | 7/21/2021 | Video Streaming Market Size & Share Report | A, H, R |
| DX-219 | GOOG-VS-00040850 | GOOG-VS-00040856 | 7/17/2021 | Seasonally Adjusting Data | A, H, R |
| DX-220 | GOOG-VS-00040857 | GOOG-VS-00040860 | 7/22/2021 | These were the most downloaded | A, H, R |
| DX-221 | GOOG-VS-00040861 | GOOG-VS-00040864 | 9/27/2014 | This Explains Why Samsung Has Twice the Number of Engineers That Google Has, Yet It Still Relies on Android | A, H, R |
| DX-222 | GOOG-VS-00040880 | GOOG-VS-00040881 | | Trending on YouTube | A, H, R |
| DX-223 | GOOG-VS-00040905 | GOOG-VS-00040917 | 8/10/2010 | U.S. Pat. No. 7,779,247 | A, H |
| DX-224 | GOOG-VS-00040918 | GOOG-VS-00040931 | 11/15/2011 | U.S. Pat. No. 8,060,504 | A, H |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-225 | GOOG-VS-00040932 | GOOG-VS-00040933 | | Understand your channel URLs | A, H, R |
| DX-226 | GOOG-VS-00040934 | GOOG-VS-00040957 | 11/15/2011 | US8060504B2 | A, H |
| DX-227 | GOOG-VS-00040958 | GOOG-VS-00040961 | 6/9/2021 | Viddler: Learn, Viddler | A, H |
| DX-228 | GOOG-VS-00040965 | GOOG-VS-00040970 | 7/27/2021 | Viddler, 50Wheel | A, H |
| DX-229 | GOOG-VS-00040971 | GOOG-VS-00040973 | 2/7/2014 | Viddler gets ready to delete personal videos | A, H, R |
| DX-230 | GOOG-VS-00040974 | GOOG-VS-00040976 | 7/22/2021 | Google Play - Video Share | A, H, R, PM |
| DX-231 | GOOG-VS-00040977 | GOOG-VS-00040981 | 6/5/2021 | Vimeo Statistics, User Counts and Facts | A, H |
| DX-232 | GOOG-VS-00040982 | GOOG-VS-00040982 | 7/16/2021 | What is a supervised experience on YouTube? | H, R, PM |
| DX-233 | GOOG-VS-00040983 | GOOG-VS-00040991 | 12/2/2020 | What is YouTube: A Beginner's Guide | A, H, BE |
| DX-234 | GOOG-VS-00040992 | GOOG-VS-00040994 | 7/16/2021 | What is YPP? | H, R |
| DX-235 | GOOG-VS-00040995 | GOOG-VS-00041005 | 11/11/2020 | Which is better YouTube or Vimeo for Video Content | A, H, R, PM |
| DX-236 | GOOG-VS-00041015 | GOOG-VS-00041018 | 7/16/2021 | Why people turn to YouTube | H, R, PM |
| DX-237 | GOOG-VS-00041019 | GOOG-VS-00041023 | 3/14/2018 | With over 1 billion users, here's how YouTube is keeping pace with change | A, H |
| DX-238 | GOOG-VS-00041024 | GOOG-VS-00041027 | 7/28/2021 | YouTube for Press YouTube in numbers | H |
| DX-239 | GOOG-VS-00041046 | GOOG-VS-00041048 | 7/29/2021 | YouTube Premium | |
| DX-240 | GOOG-VS-00041049 | GOOG-VS-00041057 | 10/21/2015 | YouTube Red, a $9.99 Site-Wide Ad-Free Subscription With Play Music | A, H |
| DX-241 | GOOG-VS-00041066 | GOOG-VS-00041069 | 7/16/2021 | YouTube Search | H, R |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---|---|---|---|---|---|
| DX-242 | GOOG-VS-00041070 | GOOG-VS-00041071 | 5/17/2018 | YouTube to launch new music streaming service on May 22 | |
| DX-243 | GOOG-VS-00041072 | GOOG-VS-00041093 | 3/11/2020 | YouTube vs Vimeo: A Detailed Comparison | A, H, R, PM |
| DX-244 | GOOG-VS-00041094 | GOOG-VS-00041112 | 7/3/2020 | YouTube's History and Its Impact on the Internet | A, H |
| DX-245 | GOOG-VS-00039404 | GOOG-VS-00039420 | 3/17/2017 | Settlement and License Agreement Between HBAC Matchmaker Media, Inc. YouTube, LLC | |
| DX-246 | GOOG-VS-00039421 | GOOG-VS-00039437 | 8/4/2015 | Patent License Agreement Between Prime Research Alliance E, Inc. and Google Inc. | |
| DX-247 | GOOG-VS-00039438 | GOOG-VS-00039451 | 12/18/2014 | Patent License Agreement Between Google LLC and Speedbit Ltd. | |
| DX-248 | GOOG-VS-00039487 | GOOG-VS-00039551 | 4/21/2010 | MPEG LA, LLC MPEG-2 Patent Portfolio License | |
| DX-249 | GOOG-VS-00039552 | GOOG-VS-00039591 | 1/24/2005 | MPEG-4 Visual Patent Portfolio License Between MPEG LA, LLC and Google | |
| DX-250 | GOOG-VS-00039625 | GOOG-VS-00039634 | 6/16/2010 | Settlement Agreement Between Ultramercial and Google | |
| DX-251 | GOOG-VS-00039592 | GOOG-VS-00039624 | 3/6/2013 | VP8 Patent License Agreement Between MPEG LA, LLC and Google | |
| DX-252 | | | 12/20/2019 | Graphic Packaging Case - Expert Report on Damages of S. Holzen | A, H, R, PM |
| DX-253 | | | | Source code computer produced in VideoShare, LLC v. Google LLC et al. | H, R |
| DX-254 | GOOG-VS-00000322 | GOOG-VS-00000332 | | Life of a YouTube Ad Dollar | |
| DX-255 | GOOG-VS-00000339 | GOOG-VS-00000346 | | Life of a video watch | |
| DX-256 | GOOG-VS-00000598 | GOOG-VS-00000601 | | Uploads InnerTube | |
| DX-257 | GOOG-VS-00000754 | GOOG-VS-00000762 | | go/compressed-archive-all-uploads | |
| DX-258 | GOOG-VS-00000796 | GOOG-VS-00000797 | | Introduction to Transcoder Infrastructure | |
| DX-259 | GOOG-VS-00000809 | GOOG-VS-00000809 | | SMv3 Home | |
| DX-260 | GOOG-VS-00000813 | GOOG-VS-00000818 | | Scotty Integration Guide | |
| DX-261 | GOOG-VS-00000837 | GOOG-VS-00000838 | | Video Streaming | H, R, BE |
| DX-262 | GOOG-VS-00000850 | GOOG-VS-00000853 | | Engineering and Developers Blog: Making high quality video efficient | |
| DX-263 | GOOG-VS-00000943 | GOOG-VS-00000953 | | Life of a YouTube Ad Dollar | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-264 | GOOG-VS-00000955 | GOOG-VS-00000962 | | Life of a video watch | |
| DX-265 | GOOG-VS-00000970 | GOOG-VS-00000992 | | Life of a YouTube upload | |
| DX-266 | GOOG-VS-00001019 | GOOG-VS-00001029 | | Production Overview | |
| DX-267 | GOOG-VS-00001190 | GOOG-VS-00001191 | | Video Streaming (Formats: Background) | |
| DX-268 | GOOG-VS-00001200 | GOOG-VS-00001200 | | Video Streaming (In-stream ads design doc (on writing)) | |
| DX-269 | GOOG-VS-00001202 | GOOG-VS-00001203 | | Video Streaming (Life of a Video Request) | |
| DX-270 | GOOG-VS-00001226 | GOOG-VS-00001229 | | Video Streaming (Streaming System Overview) | |
| DX-271 | GOOG-VS-00001635 | GOOG-VS-00001637 | | Venom postmortem 005: CPU spike delaying uploads | H, R |
| DX-272 | GOOG-VS-00039097 | GOOG-VS-00039103 | | #The Core Transcoder Stack | |
| DX-273 | GOOG-VS-00039107 | GOOG-VS-00039103 | | #Introduction to Transcoder Infrastructure | |
| DX-274 | GOOG-VS-00039125 | GOOG-VS-00039129 | | #YouTube Transcoding Infrastructure | |
| DX-275 | GOOG-VS-00039130 | GOOG-VS-00039143 | | #The Transcoder Release Process | |
| DX-276 | GOOG-VS-00039204 | GOOG-VS-00039205 | | #Web Player InnerTube | |
| DX-277 | GOOG-VS-00000031 | GOOG-VS-00000032 | | Content Acquisition Pipeline | |
| DX-278 | GOOG-VS-00000633 | GOOG-VS-00000633 | | Content Delivery Systems | A, H, R |
| DX-279 | GOOG-VS-00000694 | GOOG-VS-00000695 | | Content Identification and Licensing | H, R |
| DX-280 | GOOG-VS-00000697 | GOOG-VS-00000697 | | Content Identification and Licensing: SFTP Dropboxes | |
| DX-281 | GOOG-VS-00000805 | GOOG-VS-00000806 | | Playback Experience | H, R |
| DX-282 | GOOG-VS-00000832 | GOOG-VS-00000833 | | Video Infrastructure Key Statistics | |
| DX-283 | GOOG-VS-00000854 | GOOG-VS-00000855 | | YouTube Formats (itags, xtags) | |
| DX-284 | GOOG-VS-00001144 | GOOG-VS-00001146 | | Video Transcoder Team: Video Formats | H, R, PM |
| DX-285 | GOOG-VS-00041126 | GOOG-VS-00041127 | | https://www.google.com/about/datacenters/locations/ | H, R, PM |
| DX-286 | GOOG-VS-00041113 | GOOG-VS-00041118 | | https://peering.google.com/#/infrastructure | H, R, PM |
| DX-287 | VS0048892 | VS0048903 | | U.S. Patent No. 7,792,828 | A, H, R |
| DX-288 | GOOG-VS-00002256 | GOOG-VS-00002256 | | YouTube video | H, R, PM |
| DX-289 | GOOG-VS-00002257 | GOOG-VS-00002257 | | YouTube video | H, R, PM |
| DX-290 | GOOG-VS-00002258 | GOOG-VS-00002258 | | YouTube video | H, R, PM |
| DX-291 | | | | Declaration of Rick Lyon on Behalf of Dovel & Luner, dated June 30, 2021 | R, PM |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-292 | | | | Memorandum and order granting motion to dismiss in *VideoShare, LLC v. YouTube, LLC* , No. 12-cv-12012-MLW (D. Mass. Feb. 1, 2014) | R, PM |
| DX-293 | https://www.youtube.com/ | | | YouTube.com website | |
| DX-294 | | | 12/21/2020 | Plaintiff's Objections and Responses to Defendants' First Set of Requests for Admission (Nos. 1-10) | |
| DX-295 | | | 12/21/2020 | Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories (Nos. 1-17) | |
| DX-296 | | | 3/25/2021 | Plaintiff's First Amended Objections and Responses to Defendants' Discovery Requests | |
| DX-297 | | | 5/11/2021 | Plaintiff's Second Amended Objections and Responses to Defendants' First Set of Interrogatories | |
| DX-298 | | | 5/22/2020 | Plaintiff's Preliminary Infringement Contentions | |
| DX-299 | | | 1/29/2021 | Plaintiff's Infringement Contentions | |
| DX-300 | | | | C:\Users\Reviewer\Desktop\Google Source Code\google3\googlemac\iPhone\youtube\modules\upload\data\sources\models\YT UploadTask.h. | R, PM |
| DX-301 | GOOG-VS-SC-001 | GOOG-VS-SC-001 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\python\servers\innertube\upload\innertube_upload.py | |
| DX-302 | GOOG-VS-SC-002 | GOOG-VS-SC-010 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\python\servers\innertube\upload\innertube_upload_register.py | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-303 | GOOG-VS-SC-011 | GOOG-VS-SC-015 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\python\servers\innertube\upload\innertube_uploa d_process_video.py | |
| DX-304 | GOOG-VS-SC-016 | GOOG-VS-SC-017 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\python\servers\innertube\upload\innertube_uploa d_commit.py | |
| DX-305 | GOOG-VS-SC-018 | GOOG-VS-SC-028 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\python\servers\innertube\upload\innertube_uploa d_create.py | |
| DX-306 | GOOG-VS-SC-029 | GOOG-VS-SC-029 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\api\innertube\proto\innertu be_service.proto | |
| DX-307 | GOOG-VS-SC-030 | GOOG-VS-SC-030 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\api\innertube\proto\innertu be_service.proto | |
| DX-308 | GOOG-VS-SC-031 | GOOG-VS-SC-031 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\api\innertube\proto\innertu be_service.proto | |
| DX-309 | GOOG-VS-SC-032 | GOOG-VS-SC-033 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\api\innertube\proto\innertu be_service.proto | |
| DX-310 | GOOG-VS-SC-034 | GOOG-VS-SC-039 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\scotty_agent\scotty_agent_main.cc | |
| DX-311 | GOOG-VS-SC-040 | GOOG-VS-SC-041 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\scotty_agent\tools\make_scotty_reso urce.py | |
| DX-312 | GOOG-VS-SC-042 | GOOG-VS-SC-045 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\scotty_agent\core.proto | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-313 | GOOG-VS-SC-046 | GOOG-VS-SC-047 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\scotty_agent\innertube.proto | |
| DX-314 | GOOG-VS-SC-048 | GOOG-VS-SC-050 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\pipeline\services\chunked_transcoder\chunked_transcoder_slave.h | |
| DX-315 | GOOG-VS-SC-051 | GOOG-VS-SC-063 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\pipeline\services\chunked_transcoder\chunked_transcoder_slave.cc | |
| DX-316 | GOOG-VS-SC-064 | GOOG-VS-SC-073 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\transcoder2\proto\transcode_profile.proto | |
| DX-317 | GOOG-VS-SC-074 | GOOG-VS-SC-080 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\transcoder2\proto\transcode_params.proto | |
| DX-318 | GOOG-VS-SC-081 | GOOG-VS-SC-109 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\vidproc\vsi\videostreaminfo.proto | |
| DX-319 | GOOG-VS-SC-110 | GOOG-VS-SC-114 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\transcoder2\proto\transcoder.proto | |
| DX-320 | GOOG-VS-SC-115 | GOOG-VS-SC-131 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\transcoder2\chunked\chunked_transcoder_slave.cc | |
| DX-321 | GOOG-VS-SC-132 | GOOG-VS-SC-135 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\transcoder2\chunked\chunked_transcoder_slave.h | |
| DX-322 | GOOG-VS-SC-136 | GOOG-VS-SC-146 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\transcoder2\chunked\chunked_transcoder_master.cc | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-323 | GOOG-VS-SC-147 | GOOG-VS-SC-149 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\transcoder2\chunked\chunked_trans coder.proto | |
| DX-324 | GOOG-VS-SC-150 | GOOG-VS-SC-178 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\transcoder\transcoder.cc | |
| DX-325 | GOOG-VS-SC-179 | GOOG-VS-SC-212 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\pl ayer\application.js | |
| DX-326 | GOOG-VS-SC-213 | GOOG-VS-SC-251 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\pl ayer\application.js | |
| DX-327 | GOOG-VS-SC-252 | GOOG-VS-SC-289 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\pl ayer\videoplayer.js | |
| DX-328 | GOOG-VS-SC-290 | GOOG-VS-SC-329 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\pl ayer\videoplayer.js | |
| DX-329 | GOOG-VS-SC-330 | GOOG-VS-SC-330 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\pl ayer\videoformatchangere ason.js | |
| DX-330 | GOOG-VS-SC-331 | GOOG-VS-SC-331 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\pl ayer\videoformatquality.js | |
| DX-331 | GOOG-VS-SC-332 | GOOG-VS-SC-332 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\pl ayer\visibilitystate.js | |
| DX-332 | GOOG-VS-SC-333 | GOOG-VS-SC-333 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\pl ayer\state.js | |
| DX-333 | GOOG-VS-SC-334 | GOOG-VS-SC-340 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\pl ayer\formats\capabilities.j s | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-334 | GOOG-VS-SC-341 | GOOG-VS-SC-351 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\formats\optimality.js | |
| DX-335 | GOOG-VS-SC-352 | | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\formats\codecfamily.<br>js | |
| DX-336 | GOOG-VS-SC-353 | GOOG-VS-SC-354 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\formats\format.js | |
| DX-337 | GOOG-VS-SC-355 | GOOG-VS-SC-356 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\formats\dashitags.js | |
| DX-338 | GOOG-VS-SC-357 | GOOG-VS-SC-359 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\formats\itagtocodecf amily.js | |
| DX-339 | GOOG-VS-SC-360 | GOOG-VS-SC-370 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\formats\optimality.js | |
| DX-340 | GOOG-VS-SC-370 | GOOG-VS-SC-382 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\dash\formatselector.<br>js | |
| DX-341 | GOOG-VS-SC-383 | GOOG-VS-SC-399 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\dash\request.js | |
| DX-342 | GOOG-VS-SC-400 | GOOG-VS-SC-403 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\dash\adaptivelogic.js | |
| DX-343 | GOOG-VS-SC-404 | GOOG-VS-SC-405 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\dash\hoststats.js | |

| Exhibit | Beg. Bates Number | End Bates Number | Document Date | Description | Objections |
|---------|-------------------|------------------|---------------|-------------|------------|
| DX-344 | GOOG-VS-SC-406 | | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\dash\formatselection.js | |
| DX-345 | GOOG-VS-SC-407 | GOOG-VS-SC-410 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\ads\video\reformat\proto\public\slot.proto | |
| DX-346 | GOOG-VS-SC-411 | GOOG-VS-SC-411 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\ads\video\reformat\proto\internal\instream_slot_candidate.proto | |
| DX-347 | GOOG-VS-SC-412 | GOOG-VS-SC-437 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\ads\video\reformat\proto\public\format.proto | |
| DX-348 | GOOG-VS-SC-438 | GOOG-VS-SC-457 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\api\innertube\proto\player\services\innertube_player_service.proto | |
| DX-349 | GOOG-VS-SC-458 | GOOG-VS-SC-474 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\services\ads\loader\ adplacementcoordinator.js | |
| DX-350 | GOOG-VS-SC-475 | GOOG-VS-SC-479 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\src\web\javascript\library\player\services\ads\loader\ adplacementfetcher.js | |
| DX-351 | GOOG-VS-SC-480 | GOOG-VS-SC-482 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\youtube\api\innertube\proto\innertube_ad_formats.proto | |
| DX-352 | GOOG-VS-SC-483 | GOOG-VS-SC-485 | | C:\Users\Reviewer\Desktop\Google Source Code\google3\video\pipeline\balancer\hydra.html | |
| DX-353 | VS0000271 | VS0000280 | | VideoShare Producer v. 1.1 Process Overview | |
| DX-354 | | | | Buchanan Amended Privilege Log | |