# EXHIBIT 3.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| VIDEOSHARE, LLC,<br><br>                    Plaintiff,<br>v.<br><br>GOOGLE LLC and<br>YOUTUBE, LLC,<br><br>                    Defendants. | CIVIL ACTION NO. 6:19-CV-00663-ADA<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

Plaintiff VideoShare, LLC submits these objections to Defendants' counter-designations to Plaintiff VideoShare, LLC's deposition designations.

1. Guillaume Boissiere – 06/21/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 14:9-10 | | | |
| 25:19-22 | | 25:23-25, 26:4-25, 27:1-3 | |
| 31:2-3 | MIL | | |
| 31:6-16 | MIL | | |
| 31:18 | MIL | | |
| 31:21-25 | MIL | | |
| 32:14 | MIL | | |
| 32:17-25 | MIL | | |
| 33:3-7 | MIL | | |
| 38:15-18 | | | |
| 38:20-39:7 | | 37:19-38:13 | |
| 52:4-9 | | | |
| 52:14-23 | | | |
| 52:25 | | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 53:2-3 | | | |
| 53:8-9 | | | |
| 53:11-17 | 701, LC | | |
| 55:16-23 | | | |
| 56:1-3 | | | |
| 56:15-20 | IIOC | | |
| 57:1-19 | | | |
| 60:13-61:23 | | | |
| 62:2-6 | | | |
| 62:10-17 | | | |
| 62:19-22 | | | |
| 63:1-17 | | | |
| 64:9-11 | | | |
| 64:14-65:24 | DI, NR | 64:12-13 | |
| 66:13 | V, ML, 401/402, 403 | 66:9-12 | |
| 66:16-67:15 | V, ML, 401/402, 403 | 66:9-12 | |
| 68:25-69:2 | DI, C | 69:5-6 | Improper counter-designation; No answer designated. |
| 69:17-19 | | | |
| 69:22-70:3 | | | |
| 72:20-21 | | | |
| 72:24-73:5 | | | |
| 79:3-5 | | | |
| 79:9-17 | | | |
| 82:16-85:7 | IIOC | | |
| 125:8-11 | | | |
| 125:13-126:2 | | 126:4-23 | |
| 129:14-16 | | | |
| 129:19-130:1 | | 131:8-11, 131:13-15 | |
| 134:7-10 | 602, NR | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 134:14-23 | 602, NR | 134:25-135:3, 135:6-11, 135:13-16, 135:19-25, 136:2-5, 136:8-10 | 402, 602 |
| 143:25-144:4 | | | |
| 147:20-148:9 | | | |
| 180:25-181:4 | NR | | |
| 181:6-184:10 | NR | | |
| 184:22-23 | | | |
| 185:1-13 | | 184:11-12, 184:15-20 | 602 |
| 243:3-5 | 602 | | |
| 243:8-18 | 602 | 241:16-17, 241:19-242:11, 242:15-243:1 | Non-responsive |
| 248:1-11 | 602 | | |
| 248:14-15 | 602 | | |
| 282:25-283:9 | 104a, 602, 702, LC | | |

2.   Randall Cook – 06/25/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 6:12-15 | | | |
| 11:23-12:11 | | 12:12-16 | |
| 22:25-23:3 | V | | |
| 23:6 | V | 21:24-22:2, 22:6-19, 22:22-23 | |
| 37:10-16 | | 36:21-37:2 | |
| 38:17-21 | | | |
| 41:4-17 | V | | |
| 47:20-21 | | | |
| 47:24-48:2 | | | |
| 48:10-18 | | 48:4-7 | |
| 50:16-20 | | 48:19-49:23 | |
| 51:5-12 | | 49:14-23 | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 53:3-6 | 104a, V, LC | 52:15-53:2 | |
| 54:25-55:1 | 104a, V, 602 | | |
| 55:4-10 | 104a, V, 602 | | |
| 55:12 | | | |
| 63:5-15 | 104a, V, 602 | 55:19-25, 56:1-6 | |
| 64:19-65:9 | | 63:16-25, 64:1-5 | |
| 73:2-12 | | 72:23-25, 73:1 | |
| 81:16-23 | | 79:4-11 | |
| 93:5-13 | | 93:14-15 | |
| 102:13-22 | | | |
| 104:6-8 | | | |
| 104:10-15 | | | |
| 105:25-106:6 | MT | | |
| 106:9-12 | | | |
| 113:8-10 | | | |
| 114:5-9 | 30(b)(6) | | |
| 114:11-13 | 30(b)(6) | | |
| 115:13-15 | | | |
| 117:4-5 | | 116:24-25, 117:1-3 | |

3. Chris Dodge – 06/18/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 10:10-11 | | | |
| 11:4-12 | | 10:23-25, 11:1-3 | |
| 13:11-12 | | | |
| 13:19-20 | | | |
| 14:4-14 | | 14:15-23 | |
| 22:9-10 | | | |
| 22:13-23:11 | | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 27:11 | | | |
| 27:14-25 | MIL | 28:2-5, 28:8-22 | 701 |
| 28:24-29:10 | | 28:2-5, 28:8-22 | 701 |
| 34:19-22 | | | |
| 34:24-35:3 | | 31:9-18, 35:5:14, 35:17-23 | |
| 36:19 | | | |
| 36:23-37:7 | | | |
| 39:11-40:9 | IIOC, | | |
| 40:11-17 | | | |
| 52:24-53:19 | | | |
| 54:1-55:10 | | 55:11-56:11 | |
| 72:9-17 | | | |
| 73:4-15 | | | |
| 74:5-6 | | | |
| 74:8-11 | | 74:13-14, 74:16, 75:2-3; 75:5-8 | 602 |
| 76:13-18 | | | |
| 76:20-77:5 | | | |
| 81:10-11 | | | |
| 81:13-82:21 | | 80:11-14, 80:16-19, 80:21-81:9 | 602 |
| 82:23-83:1 | | | |
| 89:17-19 | | | |
| 89:21-90:14 | | 89:3-6, 89:8-16, 90:15-16, 90:19-22 | 602 |
| 99:12-16 | | | |
| 99:18-24 | | | |
| Errata 99:20 | | | |
| 100:1-5 | | | |
| 109:24-110:4 | | 109:15-23 | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 113:1-3 | | | |
| 113:5-9 | | 112:14-16, 112:20-23 | |
| 115:23-116:5 | 104a | 114:2-8, 116:6-117:1, | |
| 121:8-16 | | | |
| Errata 121:11-12 | | | |
| 127:7-12 | | 126:15-17, 126:19-21, 126:23-25, 127:3-6 | |
| 127:14-22 | | | |
| 127:24-128:2 | | | |
| 139:18-140:3 | | 138:22-139:1 | |
| 167:23-24 | | | |
| 168:2-12 | | | |
| 168:21-23 | | | |
| 168:25-169:6 | | | |
| 169:14-16 | | | |
| 169:19-24 | | | |
| 172:25-173:2 | NR, LC, 701, 104a | | |
| 173:4-10 | NR, LC, 701, 104a | | |
| 179:11-180:11 | | | |
| 181:2-15 | | | |
| Errata 181:9-15 | 104a, ML, 611c, LC, DI | 181:2-15 | |
| Errata 183:18-22 | 104a, ML, 611c, LC, DI | 183:14-15, 183:18-22, 184:2-4, 184:7-12 | 701 |
| 223:12-18 | L, ML, MT | | |
| Errata 223:14 | 104a, 611c | | |
| 224:1-2 | 611c, 608 | | |
| 224:4-9 | 611c, 608, 403, 104a, 602 | | |
| 224:12-225:11 | 611c, 608, 403, 104a, 602 | | |
| 225:14-16 | MT, 611c | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 225:19-25 | | | |
| 226:3-12 | 602, 611c, 104a | | |
| 226:15-22 | 602, 104a, 611c | | |
| 226:24-228:5 | 611c, IIOC, 403, 602, 608 | | |
| 228:8-14 | 611c, ML, MT, 602, 608, LC | | |
| 228:16-25 | 611c, MT, ML, 602, 608, LC | | |
| 229:2-7 | 611c, MT, ML, 602, 608, LC | | |
| 229:9-11 | 611c, MT, ML, 602, 608, LC | | |
| 231:1-233:23 | LC, 702, 104a, 611c | | |
| 234:1-5 | LC, 702, 104a, 611c | | |

4.   Thierry Foucu – 06/03/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 7:16-19 | | | |
| 22:13-21 | | | |
| 38:22-39:3 | | | |
| 40:12-24 | 30(b)(6), 104a, 602 | | |
| 41:2-3 | 30(b)(6), 104a, 602 | | |
| 41:5-6 | 30(b)(6), 104a, 602 | | |
| 41:8-13 | 30(b)(6), 104a, 602 | | |
| 42:2-15 | 30(b)(6) | | |
| 42:18-21 | 30(b)(6) | | |
| 42:23-43:1 | 30(b)(6) | 43:4-9, 43:13-19 | |
| 43:24-25 | 30(b)(6) | 43:21-23 | |
| 44:2-5 | 30(b)(6) | | |
| 44:11-15 | 30(b)(6) | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 44:17-18 | 30(b)(6) | | |
| 51:13-20 | | 50:25-51:3 | 402, 403 |
| 55:25-57:23 | | | |
| 68:22-69:3 | IIOC, | | |
| 69:6-10 | | | |
| 70:21-71:2 | | 70:1-20 | |
| 71:20-22 | | 71:3-19 | 402, 403 |
| 71:25-72:17 | IH, AF, MT | | |
| 72:21-73:7 | IH, AF, MT | | |
| 73:11-13 | IH, AF, MT | | |
| 74:8-14 | | | |
| 74:17-25 | | | |
| 81:1-22 | 30(b)(6) | 80:5-17 | |
| 85:1-14 | | 85:15-19 | |
| 86:16-20 | | 86:3-6, 86:21-23 | |
| 93:6-16 | | 92:25-93:5 | |
| 96:3-10 | | | |
| 103:23-24 | 30(b)(6) | 103:9, 103:12-17, 103:20-21 | |
| 104:1-18 | 30(b)(6) | | |
| 104:20-105:2 | 30(b)(6) | | |
| 105:4-6 | 30(b)(6) | | |
| 105:22-106:2 | | 105:8-21 | |
| 117:11-118:7 | | | |
| 123:1-2 | 30(b)(6) | | |
| 123:5-9 | 30(b)(6) | | |
| 123:12-18 | 30(b)(6) | | |
| 123:21-23 | 30(b)(6) | | |
| 132:16-17 | 30(b)(6), 602, IH | | |
| 132:20-133:3 | 30(b)(6), 602, IH | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 133:6-9 | 30(b)(6), 602, IH | | |
| 140:12-21 | 30(b)(6) | 139:25-140:2, 140:6-10 | |

5. Patrick Franzen – 06/17/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 10:7-11:9 | | | |
| 26:10-14 | MT, ML | 23:14-25, 24:21-23, 25:1-6, 25:10-26:1 | 602, 802 (25:25-26:1) |
| 26:17-27:7 | MT, ML, LC, 104a, 401/402, 403 | 18:11-20 | 602 |
| 30:10-18 | | 29:22-30:9 | |
| 32:2-12 | | 32:13-33:2 | 602 |
| 33:12-35:13 | | 35:14-36:3 | 602 |
| 39:12-41:2 | | 41:3-7 | 602 |
| 41:8-44:3 | | | |

6. Benjamin Hulse – 06/01/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 6:15-18 | | | |
| 24:3-6 | | | |
| 31:7-11 | V | | |
| 32:3-14 | 30(b)(6), 602 | 31:16-23 | |
| 32:17-21 | 30(b)(6) | | |
| 55:3-8 | | 52:19-55:2 | 402, 403 |
| 58:10-59:16 | | 61:3-13, 61:17-22 | Improper counter-designation |
| 80:15-19 | MT, 30(b)(6) | | |
| 80:22-81:2 | 30(b)(6) | 76:15-17, 76:20-77:1, 77:4-8 | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 81:5-9 | 30(b)(6) | | |
| 81:12-14 | 30(b)(6) | | |
| 85:15-86:4 | | 85:5-10, 85:13-14 | |
| 87:24-25 | 30(b)(6) | 87:10-12, 87:15-20, 87:22-23 | |
| 88:2-3 | 30(b)(6) | | |
| 91:21-92:2 | | 90:17-91:20 | |
| 93:10-18 | IH | | |
| 93:21-94:4 | IH | | |
| 96:1-25 | IH | | |
| 97:8-10 | | | |
| 97:12-18 | | 97:1-7 | |
| 108:19-23 | | 107:8-20, 108:6-18 | |
| 115:13-116:21 | | 114:3-6, 114:18-24, 116:22-117:17, 117:23-118:21 | |
| 119:15-18 | MT | 114:3-6, 114:18-24, 116:22-117:17, 117:23-118:21 | |
| 119:21-24 | | 114:3-6, 114:18-24, 116:22-117:17, 117:23-118:21 | |
| 122:23-123:1 | MT, 104a | 122:6-22 | |
| 123:4-6 | 104a | | |
| 125:6-11 | IH, 602, 104a | | |
| 125:14-17 | IH, 602, 104a | | |
| 126:4-8 | IH, 602, 104a | 125:18-20, 126:1-3, 126:19-22, 126:25 | |
| 135:15-136:15 | | | |
| 142:25-143:8 | IH, 602 | 136:20-137:15, 137:19-138:5, 138:9-16, 138:24-139:2, 139:11-12, 140:8-15, | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| | | 140:18-141:6, 141:13-25, 142:14-24 | |
| 143:16-144:2 | | | |
| 150:6-9 | | | |
| 159:10-160:8 | IH, C, 602 | 159:7-9 | |
| 180:19-181:2 | V | | |
| 181:12-24 | V | | |

7. James Maccoun – 06/10/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 6:24-7:4 | | | |
| 9:1-3 | | | |
| 21:6-8 | | 21:9-14, 53:17-56:11 | Improper counter-designation (53:17-56:11) |
| 33:2-10 | LC, 104a | | |
| 48:22-49:3 | IH, C | | |
| 49:6-16 | IH, C | | |
| 49:22-50:13 | | 51:9-21 | |
| 63:24-64:3 | | 64:4-11 | 602 |
| 93:12-15 | | | |
| 93:17-19 | | | |
| 93:21-94:9 | MT, AF | | |
| 94:12-25 | IH, 602 | | |
| 95:3-17 | MT, AF | | |
| 144:10-18 | | | |
| 144:25-145:2 | | 145:3-17, 146:5-15, 148:6-15 | 402, 403, 602 |
| 145:20-146:4 | DI | 145:18-19 | |
| 146:16-147:2 | | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 148:16-19 | | 148:6-15, 148:23-24, 149:1-3 | 402, 403, 602 |
| 148:22 | | 148:6-15, 148:23-24, 149:1-3 | 402, 403, 602 |
| 149:12-20 | | | |
| 149:23-25 | | 146:5-15, 148:23-24, 149:1-3 | 402, 403, 602 |
| 150:8-17 | | | |
| 165:23-166:6 | | | |
| 166:14-23 | | | |
| 167:13-18 | | 168:1-4 | 402, 403 |
| 168:8-10 | | 168:1-4 | 402, 403 |
| 168:15-18 | | | |
| 174:24-175:18 | | | |
| 176:1-16 | | | |
| 176:21-177:1 | | | |
| 177:10-16 | | | |
| 177:24-25 | | | |
| 178:3-9 | MT, 403 | | |
| 178:12-15 | PRIV, 401/402, 403, MIL, V | | |
| 178:17-18 | PRIV, 401/402, 403, MIL, V | | |

8. Nancy Miracle – 06/23/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 20:1-9 | | | |
| 111:8-14 | | 111:15, 111:18-25 | 602, 701 |
| 156:8-9 | 104a, 106, 602, 701, 702 | 153:11-13, 153:24, 154:5-25 | 701 |
| 156:12-17 | 104a, 602, 701, 702 | 153:11-13, 153:24, 154:5-25 | 701 |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 156:19-157:1 | 104a, 602, 701, 702 | 153:11-13, 153:24, 154:5-25 | 701 |
| 157:4-11 | 104a, 602, 701, 702 | 153:11-13, 153:24, 154:5-25 | 701 |
| 172:15-173:19 | | | |
| 174:5-8 | | 173:24-174:4 | |

9. William J. Muerer – 3/23/16

Defendants object to Plaintiff's designations of testimony of Mr. William J. Meurer, Mr. Gary Rosenberg, and Mr. Douglas Stern.  Plaintiff failed to produce transcripts of these depositions to Defendants during discovery or at any time before serving its designations.  Plaintiff's reliance on these transcripts is contrary to the Delaware court's Protective Order as well as the Court's order in this case to produce any relevant materials that a party intends to rely on from the prior litigation in discovery in this case.  The untimely disclosure of these transcripts is highly prejudicial to Defendants.  Defendants intend to move to exclude any use or reliance on these transcripts.  If the Court denies Defendants' motion to exclude these transcripts, Defendants reserve the right to serve objections and counter designations to Plaintiff's designations from these transcripts.

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 9:15-22 | | | |
| 11:7-16 | | | |
| 11:20-12:18 | | | |
| 13:19-14:6 | | | |
| 18:19-19:9 | | | |
| 19:16-21:7 | | | |
| 34:21-35:5 | | | |
| 36:8-22 | | | |
| 37:1-25 | | | |
| 46:21-47:14 | | | |
| 47:20-48:9 | | | |
| 48:20-49:22 | | | |
| 52:2-53:16 | | | |

10. Chase Norlin – 06/10/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 11:12-14 | | | |
| 58:18-59:17 | | | |
| 76:8-9 | | | |
| 78:1-4 | | 77:14-20 | |
| 78:6-16 | | 78:21-80:2 | |
| 90:15-23 | | | |
| 91:12-16 | | 91:17-92:12 | Improper counter-designation |
| 96:4-20 | | 96:21-98:9 | |
| 98:10-99:6 | | | |
| 101:15-102:4 | IIOC | 102:5-15 | |
| 102:16-103:18 | | 109:7-12, 122:24-25, 132:9-13, 133:1-134:17 | Improper counter-designation |
| 104:25-105:7 | | | |
| 106:5-11 | | 106:12-107:10 | |
| 110:19-25 | | | |
| 114:9-116:13 | | 116:14-18 | |
| 141:3-8 | | | |
| 146:4-6 | | 145:22-146:3, 154:19-21, 154:25-155:4, 155:8-10, 155:22-156:5 | |
| 148:21-150:17 | MIL, IIOC, 602 | | |
| 150:20-151:19 | MIL, IIOC, 104a, MT | | |
| 153:3-154:1 | | | |

11. Lauren Pollak-Winkler – 06/18/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 6:25-7:3 | | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 15:15-16:1 | | 14:1-4, 15:6-14 | |
| 16:11-14 | | | |
| 17:16-18:5 | | 17:9-15 | |
| 21:17-22 | LC, 104a | | |
| 22:5-16 | 30(b)(6), IIOC, 104a | | |
| 22:18-23:3 | 30(b)(6), 104a | | |
| 24:11-18 | 30(b)(6), 104a | | |
| 25:20 | 30(b)(6), 104a | | |
| 25:22-23 | 30(b)(6), 104a | | |
| 30:1-4 | 30(b)(6), 104a | | |
| 31:16-22 | | | |
| 33:16-34:6 | | | |
| 34:24-35:4 | 30(b)(6), 104a, 401/402, 403 | | |
| 35:14-36:3 | 30(b)(6), 104a | | |
| 36:13-37:7 | MIL, 401/402, 403 | | |
| 38:3-8 | DI | 38:9-11 | |
| 38:12-19 | | | |
| 39:1-3 | | | |
| 39:6-8 | | | |
| 48:3-12 | | | |
| 49:3-9 | | | |
| 49:17-23 | | | |
| 50:10-11 | 30(b)(6), 104a | | |
| 50:14 | 30(b)(6), 104a | | |
| 50:16-21 | 104a, V, 401/402, 403 | | |
| 51:2-5 | 30(b)(6), 104a | | |
| 51:7-8 | 30(b)(6), 104a | | |
| 51:10-11 | 30(b)(6), 104a | | |
| 51:13-25 | 30(b)(6), 104a | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 52:2 | 30(b)(6), 104a | | |
| 53:1-6 | | | |
| 53:22-54:1 | | | |
| 58:9-17 | MIL, 401/402, 403 | | |
| 61:15-18 | 30(b)(6), 104a | | |
| 61:20-22 | 30(b)(6), 104a | | |
| 63:6-12 | 30(b)(6), 104a | | |
| 63:14-15 | 30(b)(6), 104a | | |
| 63:17-18 | 30(b)(6), 104a | | |
| 63:20-23 | 30(b)(6), 104a | | |
| 64:11-13 | 104a, 602, 30(b)(6), IH | | |
| 64:16-23 | 104a, 602, 30(b)(6), IH, MIL | | |
| 65:10-11 | 30(b)(6), 104a, 401/402, 403 | | |
| 65:13 | 30(b)(6), 104a, 401/402, 403 | | |
| 65:21-66:5 | 401/402, 403, MIL | | |
| 66:18-21 | 401/402, 403, MIL | 66:22-67:1; 126:11-127:5, 127:22-128:10 | 602 |
| 68:16-69:2 | V, 401/402, 403, MIL | | |
| 69:4-7 | 401/402, 403, MIL | | |
| 70-1-7 | 401/402, 403, MIL | | |
| 70:13-18 | 401/402, 403, MIL | | |
| 72:24-73:15 | 401/402, 403, MIL | | |
| 73:24 | 30(b)(6), 104a | | |
| 74:1-5 | 30(b)(6), 104a | | |
| 74:7-10 | 30(b)(6), 104a | | |
| 74:12-15 | 30(b)(6), 104a | | |
| 74:17-18 | 30(b)(6), 104a | | |
| 74:20-22 | 30(b)(6), 104a | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 75:5-16 | 30(b)(6), 104a | | |
| 75:22 | 30(b)(6), 104a | | |
| 75:24-25 | 30(b)(6), 104a | | |
| 76:11-77:4 | MIL, 401/402, 403 | | |
| 77:7-10 | 30(b)(6), 104a | | |
| 77:12 | 30(b)(6), 104a | | |
| 80:2-14 | MIL, 401/402, 403, 602, 104a, 30(B)(6) | | |
| 80:16-17 | MIL, 401/402, 043, 602, 104a, 30(B)(6) | | |
| 80:19-21 | 30(b)(6), 104a | | |
| 80:23-81:4 | 30(b)(6), 104a | | |
| 81:6 | 30(b)(6), 104a, 401/402, 403 | | |
| 81:8-24 | | | |
| 82:15-18 | 30(b)(6), 104a | 83:4-7 | |
| 84:1-8 | | | |
| 86:24-87:3 | | 84:23-85:5 | |
| 89:1-16 | | | |
| 89:23-90:9 | | | |
| 90:24-91:2 | 104a, 30(B)(6), 602 | 90:19-23, 91:3-7, 123:2-18 | 602 |
| 91:13-21 | | | |
| 95:2-7 | | 123:2-18 | |
| 95:15-23 | | | |
| 96:19-21 | 30(b)(6), 104a, 602 | | |
| 96:23-97:5 | 30(b)(6) , 104a, 602 | | |
| 97:23-99:8 | | 99:14-24 | |
| 101:20-102:1 | | 102:8-17 | |
| 102:18-24 | 30(b)(6), 104a, MIL, 401/402, 403, 602 | | |
| 103:1-16 | | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 104:14-23 | | 104:24-105:20 | |
| 107:4-8 | | | |
| 113:1-14 | | 113:15-24 | |
| 114:2-22 | | | |
| 116:13-117:6 | | | |
| 117:14-23 | | 118:3-11; 126:11-127:5, 127:22-128:10 | 602 |
| 126:4-10 | | | |
| 128:24-129:4 | | | |
| 129:7-133:9 | 403 (133:1-7), AA | 126:11-127:5, 127:22-128:10 | 602 |
| 133:12-19 | 30(b)(6) | | |
| 133:21-22 | 30(b)(6) | 133:24-134:5 | |
| 134:6-20 | | | |
| 135:6-9 | MT | | |
| 135:12-15 | | | |
| 135:17-18 | | | |
| 136:1-3 | | 136:4-10 | |
| 136:11-20 | | | |
| 140:16-141:6 | | | |
| 143:19-24 | 30(b)(6), 104a | | |
| 144:1-3 | 30(b)(6), 104a | | |
| 144:11-16 | 30(b)(6), 104a | | |
| 146:24-150:4 | DI, IIOC, 30(b)(6), 104a | 146:21-23 | 402 |
| 151:17-153:15 | MIL, 401/402, 403, ML, 30(b)(6), 104a | | |
| 153:18-19 | MIL, 401/402, 403, ML, 30(b)(6), 104a | 153:21-154:3, 154:5-10 | 602 |
| 156:8-14 | | 156:15-18 | |
| 156:25-157:23 | | 157:24-158:4 | |
| 163:22-164:4 | 104a, 30(b)(6), 602, V | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 164:7-13 | 104a, 30(b)(6), 602 | | |
| 164:16-17 | 104a, 30(b)(6), 602 | | |
| 165:11-13 | | 165:14-17 | |
| 165:18-166:7 | | | |
| 169:10-23 | | | |
| 174:13-16 | | | |
| 174:25-175:10 | | | |
| 175:25 | | | |
| 176:6-7 | | 176:8-12 | |
| 177:20-178:4 | | | |
| 179:11-181:19 | | | |
| 182:24 | | | |
| 183:2-3 | | | |
| 183:23-185:8 | IIOC | 185:9-10 | |
| 185:11-17 | | | |
| 186:1-3 | | | |
| 186:8-15 | | | |
| 186:25-187:8 | | | |

12. Gary Rosenberg – 3/23/2016

Defendants object to Plaintiff's designations of testimony of Mr. William J. Meurer, Mr. Gary Rosenberg, and Mr. Douglas Stern. Plaintiff failed to produce transcripts of these depositions to Defendants during discovery or at any time before serving its designations. Plaintiff's reliance on these transcripts is contrary to the Delaware court's Protective Order as well as the Court's order in this case to produce any relevant materials that a party intends to rely on from the prior litigation in discovery in this case. The untimely disclosure of these transcripts is highly prejudicial to Defendants. Defendants intend to move to exclude any use or reliance on these transcripts. If the Court denies Defendants' motion to exclude these transcripts, Defendants reserve the right to serve objections and counter designations to Plaintiff's designations from these transcripts.

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 7:14-21 | | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 14:3-7 | | | |
| 20:25-21:5 | | | |
| 21:15-23 | | | |
| 22:16-24 | | | |
| 23:4-24:1 | | | |
| 24:11-22 | | | |
| 25:23-26:8 | | | |
| 26:18-20 | | | |
| 28:14-29:14 | | | |
| 30:22-31:3 | | | |
| 31:17-25 | | | |
| 32:2-5 | | | |

13. Douglas Stern – 3/23/2016

Defendants object to Plaintiff's designations of testimony of Mr. William J. Meurer, Mr. Gary Rosenberg, and Mr. Douglas Stern.  Plaintiff failed to produce transcripts of these depositions to Defendants during discovery or at any time before serving its designations.  Plaintiff's reliance on these transcripts is contrary to the Delaware court's Protective Order as well as the Court's order in this case to produce any relevant materials that a party intends to rely on from the prior litigation in discovery in this case.  The untimely disclosure of these transcripts is highly prejudicial to Defendants.  Defendants intend to move to exclude any use or reliance on these transcripts.  If the Court denies Defendants' motion to exclude these transcripts, Defendants reserve the right to serve objections and counter designations to Plaintiff's designations from these transcripts.

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 10:3-5 | | | |
| 13:20-14:4 | | | |
| 14:8-23 | | | |
| 16:17-22 | | | |
| 22:9-12 | | | |
| 22:19-23:1 | | | |
| 26:12-20 | | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 26:23-27:25 | | | |
| 28:2-7 | | | |
| 29:19-30:16 | | | |
| 30:25-31:12 | | | |
| 42:2-22 | | | |
| 43:3-16 | | | |
| 47:7-20 | | | |
| 59:6-14 | | | |
| 60:5-61:19 | | | |

14. Daniel Stodolsky – 06/04/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 6:3-6 | | | |
| 20:22-21:13 | | | |
| 21:19-22:19 | | | |
| 25:24-26:7 | | | |
| 28:16-29:5 | | | |
| 29:16-18 | 30(b)(6), 104a, 602 | | |
| 29:21-30:7 | 30(b)(6), 104a, 602 | | |
| 32:7-9 | 30(b)(6), 104a, C, V | | |
| 32:11-18 | 30(b)(6), 104a, C, V | | |
| 32:21-33:1 | 30(b)(6), 104a, C, V | | |
| 33:4-11 | 30(b)(6), 104a, C, V, DI | 33:13 | |
| 33:14-16 | 30(b)(6), 104a, C, V | | |
| 33:18 | 30(b)(6), 104a, C, V | | |
| 33:24-25 | 30(b)(6), 104a, 602 | | |
| 34:3-4 | 30(b)(6), 104a, 602 | | |
| 34:6-12 | 30(b)(6), 104a, 602 | | |
| 34:15-18 | 30(b)(6), 104a, 602 | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 38:20-25 | IUD | | |
| 39:17-19 | IUD | | |
| 40:13-16 | | | |
| 40:19-21 | | | |
| 40:24-41:3 | | | |
| 42:20-43:3 | 30(b)(6), 602, 104a, 401/402, 403 | | |
| 43:6-15 | 30(b)(6), 602, 104a, 401/402, 403 | | |
| 43:18-19 | 30(b)(6), 602, 104a, 401/402, 403 | | |
| 43:21 | | 43:22-23, 43:25-44:2, 44:7-10, 44:16-21 | 602 |
| 45:9-10 | | | |
| 45:18-19 | | | |
| 45:21-25 | | | |
| 46:10-11 | V | | |
| 46:13-19 | 401/402, 403, MIL, 30(b)(6), 104a | | |
| 46:22-25 | 401/402, 403, MIL, 30(b)(6), 104a | | |
| 47:3-5 | 401/402, 403, MIL, 602, 30(b)(6), 104a | | |
| 47:7-10 | 401/402, 403, MIL, 602, 30(b)(6), 104a | | |
| 47:12-15 | 401/402, 403, MIL, 602, 30(b)(6), 104a | | |
| 47:25-48:6 | | 48:7-49:3 | |
| 49:19-21 | | | |
| 49:24-50:18 | 30(b)(6), 602, 104a | 51:17-18, 51:21-22 | |
| 50:21-51:3 | 30(b)(6), 602, 104a | 51:17-18, 51:21-22 | |
| 51:6-12 | 30(b)(6), 602, 104a | 51:17-18, 51:21-22 | |
| 51:15-16 | 30(b)(6), 602, 104a | 51:17-18, 51:21-22 | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 67:23-25 | 30(b)(6), 104a | | |
| 68:2-6 | 30(b)(6), 104a | | |
| 68:8-12 | 30(b)(6), 104a | | |
| 68:14-18 | 30(b)(6), 104a | | |
| 68:24-69:2 | | 69:7-9, 69:11-16 | |
| 69:5-6 | | 69:7-9, 69:11-16 | |
| 69:17-21 | 30(b)(6), 104a, DI | 69:23 | |
| 69:24-70:1 | 30(b)(6), 104a, V | | |
| 70:4-5 | 30(b)(6), 104a, V | | |
| 78:18-20 | 30(b)(6), 104a, V | | |
| 78:22-79:2 | 30(b)(6), 104a, V, CD | | |
| 79:5-13 | 30(b)(6), 104a, CD | | |
| 79:15 | 30(b)(6), 104a, CD | | |
| 89:2-3 | 30(b)(6), 104a | 88:9-12 | |
| 89:5-10 | 30(b)(6), 104a | 89:11-14 | |
| 97:6-7 | 30(b)(6), 104a, V, 602 | 97:1-2, 97:4-5 | 602 |
| 97:10-14 | 30(b)(6), 104a, V, 602, IH | 97:1-2, 97:4-5 | 602 |
| 97:17-23 | 30(b)(6), 104a, V, 602, IH | | |
| 98:1-9 | 30(b)(6), 104a, V, IH, 602 | | |
| 98:12-16 | 30(b)(6), 104a, V, IH, 602 | | |
| 100:2-5 | 104a, V, 30(b)(6), IH | | |
| 100:8-12 | 104a, V, 30(b)(6), IH | | |
| 106:6-7 | 30(b)(6), 104a, V, 602 | 106:20-23, 107:1-7 | 602 |
| 106:10-19 | 30(b)(6), 104a, V, 602 | 106:20-23, 107:1-7 | 602 |
| 107:14-16 | 30(b)(6), 104a, 602 | 106:20-23, 107:1-7, 107:21-24, 108:4 | 602 |
| 107:19-20 | 30(b)(6), 104a, 602 | 106:20-23, 107:1-7, 107:21-24, 108:4 | 602 |

15. Rachel Watters – 06/18/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 11:9-17 | | | |
| 12:8-14 | | | |
| 12:22-13:5 | | | |
| 14:17-15:2 | | | |
| 31:21-24 | | | |
| 32:6-22 | | | |
| 33:5-34:13 | | 32:23-33:4 | |
| 35:5-8 | | 35:9-19, 39:21-25, 36:7-9 | Improper counter-designation (39:21-25) |
| 36:21-37:4 | | 36:10-14, 36:16-19 | 802 |

16.  Charles Wieland – 07/15/21

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 11:16-18 | | | |
| 30:17-24 | | | |
| 31:3-5 | | | |
| 31:14-17 | | | |
| 31:22-24 | | | |
| 40:21-24 | | | |
| 45:23-46:5 | | 42:10-12, 42:16-18 | |
| 46:21-23 | | 46:14-15, 46:17-19 | |
| 46:25-47:3 | | 46:14-15, 46:17-19 | |
| 75:3-76:4 | | | |
| 79:22-80:1 | | | |
| 83:11 | | | |
| 84:21-85:6 | | | |
| 85:9-25 | | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 99:12-16 | | | |
| 138:1-4 | IIOC | | |
| 138:9-18 | | | |
| 139:1-4 | | | |
| 139:7-13 | | | |
| 144:11-14 | | | |
| 146:13-147:3 | | | |
| 147:11-25 | IIOC, DI | | |
| 150:3-14 | | | |
| 153:11-15 | | | |
| 153:18-154:1 | | | |
| 154:3-14 | IIOC | | |
| 155:5-17 | IIOC, NR, 602, 104a | | |
| 157:10-13 | | | |
| 157:19-22 | | | |
| 182:12-16 | | | |
| 182:19 | | | |
| 182:21-25 | | | |
| 183:3-9 | | | |
| 199:7 | | | |
| 202:3-5 | | | |
| 202:13-16 | | | |
| 204:13-15 | | | |
| 204:17-18 | DI | 204:19-21 | |
| 204:23-205:22 | NR, 401/402, 403 | | |
| 221:7-16 | | | |
| 224:18-225:9 | | | |
| 225:17-226:8 | | | |
| 226:13-227:5 | 104a, 602, NR | | |
| 227:9-12 | 104a, 602, NR | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 227:14-18 | 104a, 602, NR | | |
| 227:20-23 | 104a, 602, NR | | |
| 227:25-228:19 | 104a, 602, NR | | |
| 231:5-9 | | | |
| 231:12-15 | | | |
| 231:17-23 | | | |
| 232:1-3 | | | |
| 233:23-25 | | | |
| 234:3-6 | | | |
| 235:10-15 | | 235:25-236:1, 236:14-16, 259:9-12, 259:23-24, 260:1-4, 260:9-10 | 402, 403, No Answer Designated (235:25-236:1, 259:9-12, 259:23-24) |
| 242:24-25 | PO, ML | 235:25-236:1, 236:14-16, 259:9-12, 259:23-24, 260:1-4, 260:9-10 | 402, 403, No Answer Designated (235:25-236:1, 259:9-12, 259:23-24) |
| 243:2-11 | PO, ML | 235:25-236:1, 236:14-16, 259:9-12, 259:23-24, 260:1-4, 260:9-10 | 402, 403, No Answer Designated (235:25-236:1, 259:9-12, 259:23-24) |
| 244:4-245:10 | 104a, 602, NR | | |
| 245:12-25 | 104a, 602, NR | | |
| 249:22-250:6 | ML, DI | 250:7-12 | |
| 250:13-21 | | | |
| 253:5-8 | DI | 253:9-18 | |
| 253:19-254:7 | | 254:8-11 | |
| 258:3-10 | | | |
| 258:18-20 | PO, ML, NR | 235:25-236:1, 236:14-16, 259:9-12, 259:23-24, 260:1-4, 260:9-10 | 402, 403, No Answer Designated (235:25-236:1, 259:9-12, 259:23-24) |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections |
|---|---|---|---|
| 259:6-7 | PO, ML, NR | 235:25-236:1, 236:14-16, 259:9-12, 259:23-24, 260:1-4, 260:9-10 | 402, 403, No Answer Designated (235:25-236:1, 259:9-12, 259:23-24) |

Dated: October 6, 2021                            Respectfully submitted,

By: */s/ William D. Ellerman*
    Charles L. Ainsworth (Texas 00783521)
    Robert C. Bunt (Texas 00787165)
    PARKER, BUNT & AINSWORTH P.C.
    100 E. Ferguson Suite 418
    Tyler, Texas 75702
    Tel: (903) 531-3535
    charley@pbatyler.com
    rcbunt@pbatyler.com

    Michael W. Shore (Texas 18294915)
    Alfonso G. Chan (Texas 24012408)
    William D. Ellerman (Texas 24007151)
    Ari Rafilson (Texas 24060456)
    Halima Shukri Ndai (Texas 24105486)
    SHORE CHAN LLP
    901 Main Street, Suite 3300
    Dallas, Texas 75202
    Tel: (214) 593-9110
    Fax: (214) 593-9111
    mshore@shorechan.com
    achan@shorechan.com
    wellerman@shorechan.com
    arafilson@shorechan.com
    hndai@shorechan.com

    **COUNSEL FOR PLAINTIFF**
    **VIDEOSHARE, LLC.**