**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **VIDEOSHARE, LLC,** | § | |
|   *Plaintiff,* | § | |
| | § | **CIVIL NO. 6-19-CV-00663-ADA** |
| **v.** | § | |
| | § | |
| **GOOGLE LLC,** | § | |
| **YOUTUBE, LLC** | § | |
|   *Defendants.* | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## <u>ORDER TO STRIKE</u>

Before the Court is the Court's omnibus order on Plaintiff and Defendants' pretrial motions

(ECF No. 178). That order was entered in error. The Court therefore orders that ECF No. 178 be

**STRIKED**.


SIGNED on this 28th day of October, 2021.



_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE