UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VIDEOSHARE, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:19-CV-00663-ADA |
| | § | |
| GOOGLE LLC, YOUTUBE, LLC | § | |

# LIST OF WITNESSES - BENCH TRIAL (11/15 and 11/16)

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. Gregory Gonsalves | 1. Gad Liwerant |
| 2. | 2. Nicholas Godici |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |