UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VIDEOSHARE, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:19-CV-00663-ADA |
| | § | |
| GOOGLE LLC, YOUTUBE, LLC | § | |

## LIST OF WITNESSES - JURY TRIAL

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. Gad Liwerant | 1. Daniel Stodolsky |
| 2. Gary Rosenberg - depo | 2. Christopher Dodge - depo |
| 3. William T. Meurer - depo | 3. Guillaume Boissiere - depo |
| 4. Douglas Stern - depo | 4. Nancy Miracle |
| 5. Nabil Sarhan | 5. Patrick Franzen - depo |
| 6. Kevin Almeroth | 6. Daniel Schonfeld |
| 7. Christopher Dodge - depo | 7. Lauren Kindler |
| 8. Guillaume Boissiere-depo | 8. |
| 9. Stephen Holzen | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |