IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VIDEOSHARE, LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | Civil Action No.: 6:19-CV-00663-ADA |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| GOOGLE LLC and YOUTUBE, LLC, | § | |
| | § | |
| Defendant | § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY BRADLEY N. GARCIA

Pursuant to Local Rule AT-3, attorney for Defendants Google LLC and YouTube, LLC, Bradley N. Garcia, moves to withdraw as counsel of record in this case because after February 4, 2022 he will no longer be associated with the law firm of O'MELVENY & MYERS LLP ("O'MELVENY"). The remaining O'Melveny attorneys (Marc J. Pensabene, Luann L. Simmons, Daniel Silverman, David S. Almeling, Cameron W. Westin, Bill Trac, Amy K. Liang, Benjamin Haber, Sorin G. Zaharia, and Stacy P. Yae), along with attorneys with the law firm of MANN TINDEL & THOMPSON (J. Mark Mann and G. Blake Thompson) will continue to represent Defendants in this case.

Counsel for Defendants conferred with counsel for Plaintiff, who confirmed that this motion is unopposed.

WHEREFORE, PREMISES CONSIDERED, one of the Defendants' attorneys of record, Bradley N. Garcia, requests the Court grant the foregoing Motion for Withdrawal and terminate his appearance in this case for all purposes.

Dated: February 4, 2022.

                                                      Respectfully submitted,

                                                      */s/ Marc J. Pensabene*

                                                      J. Mark Mann
State Bar No. 12926150
G. Blake Thompson
State Bar No. 24042033
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Luann L. Simmons (*Pro Hac Vice*)
lsimmons@omm.com
David S. Almeling (*Pro Hac Vice*)
dalmeling@omm.com
Marc J. Pensabene (*Pro Hac Vice*)
mpesnabene@omm.com
Cameron W. Westin (*Pro Hac Vice*)
cwestin@omm.com
Bill Trac *(Pro Hac Vice)*
btrac@omm.com
Amy K. Liang (*Pro Hac Vice*)
aliang@omm.com
Benjamin Haber *(Pro Hac Vice)*
bhaber@omm.com
Sorin G. Zaharia (*Pro Hac Vice*)
szaharia@omm.com
Stacy P. Yae *(Pro Hac Vice)*
syae@omm.com
Daniel Silverman *(Pro Hac Vice)*
dsilverman@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

***Counsel for Defendants Google LLC and Youtube, LLC***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on February 4, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Marc J. Pensabene*
Marc J. Pensabene
