# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VIDEOSHARE, LLC,** | **CIVIL ACTION NO. 6:19-CV-00663-ADA** |
| Plaintiff, | |
| v. | |
| **GOOGLE LLC and YOUTUBE, LLC,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATED MOTION TO WITHDRAW FOR JUST CAUSE BY MICHAEL SHORE, AND HALIMA SHUKRI NDAI AND THE SHORE LAW FIRM LLP

Pursuant to Local Rule AT-3, attorneys for Plaintiff Videoshare, LLC ("VideoShare"), Michael W. Shore, Halima Shukri Ndai and The Shore Law Firm LLP move to withdraw as counsel for VideoShare in the above-captioned civil matter and, in support of this Motion, states as follows:

VideoShare, Gad Liwerant, Mr. Shore, Ms. Ndai and The Shore Firm (collectively the "Movants") agree and stipulate that Mr. Shore, Ms. Ndai and The Shore Firm (collectively "Attorneys") have just cause to withdraw from the representation of VideoShare in this matter. The Movants further agree and stipulate that the just cause for the Attorneys to withdraw from the representation of VideoShare and Mr. Liwerant in this matter arose and existed before March 1, 2024.

Movants certify that VideoShare will continue to be represented in this matter by Mark Siegmund and the attorneys at CHERRY JOHNSON SIEGMUND JAMES, PLLC who have or will enter appearances on VideoShare's behalf.

1

Counsel for VideoShare conferred with counsel for Defendants Google LLC and YouTube, LLC, who confirmed that this motion is unopposed.

WHEREFORE, PREMISES CONSIDERED, Movants request the Court grant the foregoing Motion for Withdrawal, enter the agreed form of Order attached and terminate the appearances of Michael W. Shore, Halima Shukri Ndai and The Shore Firm in this case for all purposes.

Dated: April 3, 2024

By: */s/ Michael W. Shore*
Charles L. Ainsworth (Texas 00783521)
Robert C. Bunt (Texas 00787165)
PARKER, BUNT & AINSWORTH P.C.
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535
charley@pbatyler.com
rcbunt@pbatyler.com

Michael W. Shore (Texas 18294915)
Halima Shukri Ndai (Texas 24105486)
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com
hndai@shorefirm.com

Gad Liwerant

*/s/ Mark Siegmund*

Mark Siegmund
Cherry Johnson Siegmund James
The Roosevelt Tower
400 Austin Avenue, 9th floor
Waco, TX 76701
Tel: (254) 732-2242
msiegmund@cjsjlaw.com

2

## CERTIFICATE OF CONFERENCE

On March 28, 2024, I conferred with Luann Simmons, attorney for Google LLC regarding Plaintiff's STIPULATED MOTION TO WITHDRAW FOR JUST CAUSE BY MICHAEL SHORE, AND HALIMA SHUKRI NDAI AND THE SHORE LAW FIRM LLP, and counsel is unopposed to the filing of said Motion.

*/s/ Michael W. Shore*
Michael W. Shore

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on April 3, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Michael W. Shore*
Michael W. Shore