IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIDEOSHARE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 6:19-cv-00663-ADA ) |
| GOOGLE LLC and YOUTUBE, LLC, | ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff VideoShare, LLC appeals to the United States Court of Appeals for the Federal Circuit from the May 6, 2025 Order and Memorandum Opinion Regarding Defendants' Rule 50(b) Motion Renewed for Judgment as a Matter of Law and Alternative Motion for Remittitur or a New Trial Under Rules 50(b) and 59 (ECF No. 285) ( the "Order"), and from all orders, decisions, rulings, and/or opinions entered in this action ancillary to the Order and/or adverse to VideoShare, LLC, including but not limited to the November 13, 2020 Claim Construction Order (ECF No. 69).[1]

---

[1] Plaintiff submits this protective notice of appeal out of an abundance of caution. The parties jointly moved on May 23, 2025, for entry of a separate Second Amended Final Judgment (ECF No. 288), but the Court has not yet ruled on that motion.

Dated: June 4, 2025

Respectfully submitted,

CHERRY JOHNSON SIEGMUND JAMES, PC

By: /s/ *Ari B. Rafilson*
    Mark D. Siegmund
    Texas Bar No. 24117055
    msiegmund@cjsjlaw.com
    William D. Ellerman
    Texas Bar No. 24007151
    wellerman@cjsjlaw.com
    Ari B. Rafilson
    Texas Bar No. 24060456
    arafilson@cjsjlaw.com
    Brett A. Mangrum
    Texas Bar No. 24065671
    bmangrum@cjsjlaw.com
    CHERRY JOHNSON SIEGMUND JAMES PC
    7901 Fish Pond Road, Suite 200
    Waco, TX 76710
    Phone: (254) 732-2242

    *Attorneys for Plaintiff*
    *VideoShare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

    /s/ *Ari B. Rafilson*
    Ari B. Rafilson